United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Gerald L Motteler, Jr  
    Debtor

Case No. 22-00707-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: May 12, 2022      Form ID: ntnew341      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald L Motteler, Jr, 394 Broad Street Ext, Delta, PA 17314-8501 |
| 5470141 | + | Americhoice FCU, 2175 Bumble Bee Hollow Road, Mechanicsburg, PA 17055-5563 |
| 5470142 | + | Americhoice Fed Cr Uni, 2175 Bumble Bee Hollow R, Mechanicsburg, PA 17055-5563 |
| 5470145 | + | Laura Motteler, 394 Broad Street Ext, Delta, PA 17314-8501 |
| 5470148 | + | PCA Acquisions V, LLC, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 5470150 | + | Ratchford Law Group PC, 54 Glenmaura National Blvd, Ste 104, Moosic, PA 18507-2161 |
| 5470152 | + | Weltman, Weinberg & Reis Co, LPA, 170 South Independence Mall W, Suite 874 W, Philadelphia, PA 19106-3334 |
| 5470154 | + | York County Tax Claim Bureau, 28 EAst Market Street, Room 105, York, PA 17401-1587 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | May 12 2022 18:39:00 | PNC BANK, NA, PO BOX 94982, CLEVELAND, OH 44101 |
| 5470143 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 12 2022 18:37:53 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5471561 | | Email/Text: mrdiscen@discover.com | May 12 2022 18:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5470144 | + | Email/Text: mrdiscen@discover.com | May 12 2022 18:39:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5470139 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 12 2022 18:39:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5470146 | | Email/Text: camanagement@mtb.com | May 12 2022 18:39:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5470147 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 12 2022 18:37:50 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5470140 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 12 2022 18:39:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5470148 | + | Email/Text: inveniobkt@phillips-cohen.com | May 12 2022 18:39:00 | PCA Acquisions V, LLC, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 5470149 | | Email/Text: Bankruptcy.Notices@pnc.com | May 12 2022 18:39:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 5470151 | + | Email/Text: bncmail@w-legal.com | May 12 2022 18:39:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5470153 | + | Email/Text: kcm@yatb.com | May 12 2022 18:39:20 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor PNC BANK NA amps@manleydeas.com |
| Gary J Imblum | on behalf of Debtor 1 Gerald L Motteler Jr gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | | |
|---|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | | |
| In re: | | |
| Gerald L Motteler Jr,<br>aka Gerald L Motteler, aka Gary L Motteler, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:22−bk−00707−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: June 23, 2022 |
|---|---|
| | Time: 09:00 AM |

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 12, 2022 |

ntnew341 (04/18)