United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                    Case No. 22-00707-HWV

Gerald L Motteler, Jr                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                         User: AutoDocke                                       Page 1 of 2
Date Rcvd: Jun 23, 2022                              Form ID: ntcnfhrg                                    Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald L Motteler, Jr, 394 Broad Street Ext, Delta, PA 17314-8501 |
| 5470141 | + | Americhoice FCU, 2175 Bumble Bee Hollow Road, Mechanicsburg, PA 17055-5563 |
| 5470142 | + | Americhoice Fed Cr Uni, 2175 Bumble Bee Hollow R, Mechanicsburg, PA 17055-5563 |
| 5470145 | + | Laura Motteler, 394 Broad Street Ext, Delta, PA 17314-8501 |
| 5470150 | + | Ratchford Law Group PC, 54 Glenmaura National Blvd, Ste 104, Moosic, PA 18507-2161 |
| 5470152 | + | Weltman, Weinberg & Reis Co, LPA, 170 South Independence Mall W, Suite 874 W, Philadelphia, PA 19106-3334 |
| 5470154 | + | York County Tax Claim Bureau, 28 EAst Market Street, Room 105, York, PA 17401-1587 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 23 2022 18:35:00 | PNC BANK, NA, PO BOX 94982, CLEVELAND, OH 44101 |
| 5470143 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2022 18:39:20 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5471561 | | Email/Text: mrdiscen@discover.com | Jun 23 2022 18:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5470144 | + | Email/Text: mrdiscen@discover.com | Jun 23 2022 18:35:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5479919 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2022 18:39:11 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5470139 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2022 18:35:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 5470146 | | Email/Text: camanagement@mtb.com | Jun 23 2022 18:35:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5477830 | + | Email/Text: camanagement@mtb.com | Jun 23 2022 18:35:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5470147 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2022 18:39:10 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5470140 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2022 18:35:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5470148 | + | Email/Text: inveniobkt@phillips-cohen.com | Jun 23 2022 18:35:00 | PCA Acqusitions V, LLC, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 5480684 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 23 2022 18:35:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5470149 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 23 2022 18:35:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 5479131 | + | Email/Text: pcabkt@phillips-cohen.com | | |

| | | | |
|---|---|---|---|
| 5470151 | + Email/Text: bncmail@w-legal.com | Jun 23 2022 18:35:00 | Phillips and Cohen Associates, LTD, PCA Acquisition V, LLC, c.o. Phillips & Cohen Assoc., 1002 Justison Street, Wilmington, DE 19801-5148 |
| | | Jun 23 2022 18:35:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5470153 | + Email/Text: kcm@yatb.com | Jun 23 2022 18:35:00 | York Adams Tax Bureau, Post Office Box 15627, York, PA 17405-0156 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2022       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2022 at the address(es) listed below:

**Name** | **Email Address**

Alyk L Oflazian
on behalf of Creditor PNC BANK NA amps@manleydeas.com

Gary J Imblum
on behalf of Debtor 1 Gerald L Motteler Jr gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

Rebecca Ann Solarz
on behalf of Creditor PNC BANK NA bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gerald L Motteler Jr,<br>aka Gerald L Motteler, aka Gary L Motteler, | Chapter 13 |
| **Debtor 1** | Case No. 1:22−bk−00707−HWV |

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 20, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets,<br>Harrisburg, PA 17101 | Date: July 27, 2022<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 23, 2022 |

ntcnfhrg (08/21)