Certificate Number: 16339-PAM-DE-036650203

Bankruptcy Case Number: 22-00707


16339-PAM-DE-036650203

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 29, 2022, at 2:33 o'clock PM EDT, Gerald Motteler completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 29, 2022

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor