# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

GERALD L MOTTELER JR AKA GERALD L MOTTELER AKA GARY L MOTTELER

CASE NO: 1:22-bk-00707 HWV

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

---

On 11/14/2022, I did cause a copy of the following documents, described below,

Order Confirming Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/14/2022

/s/ Gary J. Imblum
Gary J. Imblum  42606

Imblum Law Offices PC
4615 Derry Street
Harrisburg, PA  17111
717 538 5250
sharlene.miller@imblumlaw.com

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

GERALD L MOTTELER JR AKA GERALD L MOTTELER AKA GARY L MOTTELER

CASE NO: 1:22-bk-00707 HWV

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 11/14/2022, a copy of the following documents, described below,

Order Confirming Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/14/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum
Imblum Law Offices PC
4615 Derry Street
Harrisburg, PA  17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Gerald L Motteler Jr,<br>aka Gerald L Motteler, aka Gary L Motteler, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:22−bk−00707−HWV |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on May 11, 2022. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: November 10, 2022

orcnfpln(05/18)

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING | (P)PNC BANK RETAIL LENDING | US BANKRUPTCY COURT |
| NCRS ADDRESS DOWNLOAD | P O BOX 94982 | RONALD REAGAN FEDERAL BUILDING |
| CASE 122-BK-00707 HWV | CLEVELAND OH 44101-4982 | 228 WALNUT ST RM 320 |
| MIDDLE DISTRICT OF PENNSYLVANIA | | HARRISBURG PA 17101-1737 |
| MON NOV 14 8-7-57 PST 2022 | | |

| AMERICHOICE FCU | AMERICHOICE FED CR UNI | CAPITAL ONE |
|---|---|---|
| 2175 BUMBLE BEE HOLLOW ROAD | 2175 BUMBLE BEE HOLLOW R | ATTN BANKRUPTCY |
| MECHANICSBURG PA 17055-5563 | MECHANICSBURG PA 17055-5563 | PO BOX 30285 |
| | | SALT LAKE CITY UT 84130-0285 |

| DISCOVER BANK | DISCOVER FINANCIAL | FAIR SQUARE FINANCIAL LLC |
|---|---|---|
| DISCOVER PRODUCTS INC | ATTN BANKRUPTCY | RESURGENT CAPITAL SERVICES |
| PO BOX 3025 | PO BOX 3025 | PO BOX 10368 |
| NEW ALBANY OH 43054-3025 | NEW ALBANY OH 43054-3025 | GREENVILLE SC 29603-0368 |

| INTERNAL REVENUE SERVICE | LAURA MOTTELER | (P)MT BANK |
|---|---|---|
| POB 7346 | 394 BROAD STREET EXT | LEGAL DOCUMENT PROCESSING |
| PHILADELPHIA PA 19101-7346 | DELTA PA 17314-8501 | 626 COMMERCE DRIVE |
| | | AMHERST NY 14228-2307 |

| MT BANK | OLLO CARD SERVICES | PA DEPT OF REVENUE |
|---|---|---|
| PO BOX 1508 | ATTN BANKRUPTCY | ATTN BANKRUPTCY DIVISION |
| BUFFALO NY 14240-1508 | PO BOX 9222 | DEPT 280946 |
| | OLD BETHPAGE NY 11804-9222 | HARRISBURG PA 17128-0946 |

| | EXCLUDE | EXCLUDE |
|---|---|---|
| PCA ACQUSITIONS V LLC | (D)(P)PNC BANK RETAIL LENDING | (D)(P)PNC BANK RETAIL LENDING |
| 1002 JUSTISON STREET | P O BOX 94982 | P O BOX 94982 |
| WILMINGTON DE 19801-5148 | CLEVELAND OH 44101-4982 | CLEVELAND OH 44101-4982 |

| EXCLUDE | | |
|---|---|---|
| (D)(P)PNC BANK RETAIL LENDING | PHILLIPS AND COHEN ASSOCIATES LTD | RATCHFORD LAW GROUP PC |
| P O BOX 94982 | PCA ACQUISITION V LLC | 54 GLENMAURA NATIONAL BLVD |
| CLEVELAND OH 44101-4982 | CO PHILLIPS COHEN ASSOC | STE 104 |
| | 1002 JUSTISON STREET | MOOSIC PA 18507-2161 |
| | WILMINGTON DE 19801-5148 | |

| TARGET | UNITED STATES TRUSTEE | WELTMAN WEINBERG REIS CO LPA |
|---|---|---|
| CO FINANCIAL RETAIL SERVICES | 228 WALNUT STREET SUITE 1190 | 170 SOUTH INDEPENDENCE MALL W |
| MAILSTOP BT PO BOX 9475 | HARRISBURG PA 17101-1722 | SUITE 874 W |
| MINNEAPOLIS MN 55440-9475 | | PHILADELPHIA PA 19106-3334 |

| | | EXCLUDE |
|---|---|---|
| YORK ADAMS TAX BUREAU | YORK COUNTY TAX CLAIM BUREAU | GARY J IMBLUM |
| POST OFFICE BOX 15627 | 28 EAST MARKET STREET ROOM 105 | IMBLUM LAW OFFICES PC |
| YORK PA 17405-0156 | YORK PA 17401-1587 | 4615 DERRY STREET |
| | | HARRISBURG PA 17111-2660 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

GERALD L MOTTELER JR
394 BROAD STREET EXT
DELTA   PA 17314-8501

(P)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625