# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

February 24, 2023

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Gerald L. Motteler Jr., aka Gerald L. Motteler, aka Gary L. Motteler
Chapter 13 Bankruptcy Case No. 1:22-bk-00707-HWV

Dear Clerk:

Please issue a certified Order Avoiding Judgment Lien of Discover Bank in the above matter. The Docket Number of the Order is 44.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs