United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                             Case No. 22-00707-HWV
Gerald L Motteler, Jr                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                                Page 1 of 2
Date Rcvd: Feb 24, 2023                        Form ID: pdf010                            Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | | Weltman, Weinberg & Reis Co, LLP, Attn: Michael J. Dougherty, Esquire, 170S. Independence Mall W, Suite 874W, Philadelphia, PA 19106-3334 |
| 5470152 | + | Weltman, Weinberg & Reis Co, LPA, 170 South Independence Mall W, Suite 874 W, Philadelphia, PA 19106-3334 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: mrdiscen@discover.com | Feb 24 2023 18:41:00 | Discover Bank, OFFICER, MNGING OR GEN AG OR ANY OTHER A, SVC OF PROC., Discover Products Inc., PO Box 3025, New Albany, OH 43054-3025 |
| 5471561 | Email/Text: mrdiscen@discover.com | Feb 24 2023 18:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2023                         Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | |
| | on behalf of Creditor PNC BANK NA amps@manleydeas.com |

| | |
|---|---|
| Brian C Nicholas | on behalf of Creditor PNC BANK NA bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Gerald L Motteler Jr gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| GERALD L. MOTTELER JR. | : CASE NO. 1:22-bk-00707-HWV |
| aka GERALD L. MOTTELER : | |
| aka GARY L. MOTTELER : | |
| Debtor | : CHAPTER 13 |
| : | |
| GERALD L. MOTTELER JR. : | |
| aka GERLAD L. MOTTELER : | |
| aka GARY L. MOTTELER : | |
| Movant | : |
| : | |
| vs. : | |
| : | |
| DISCOVER BANK : | |
| Respondent | : |

## ORDER AVOIDING JUDGMENT LIEN

Upon consideration of Debtor/Movant's Motion to Avoid the Judicial lien filed against certain residential real estate owned by the Debtor/Movant and his wife, Laura E. Motteler, situate at 394 Broad Street Ext, Delta, York County, Pennsylvania, filed by Respondent, Discover Bank, to Number 2020-SU-002340 in York County, Pennsylvania,

**IT IS HEREBY ORDERED AND DECREED** that the Judgment lien to Number 2020-SU-002340 held by Discover Bank in Debtor's property is hereby avoided in its entirety.

A copy of this Order may be recorded in the York County Prothonotary's Office to evidence avoidance of aforementioned Judgment lien and the Prothonotary is directed to terminate the Judgment in the Judgment indices.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 24, 2023