# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 1-22-00707-HWV |
|---|---|
| GARY L. MOTTELER JR., aka GERALD L. MOTTELER, aka GARY L. MOTTELER | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** <br> Chapter: 13 |

On 12/1/2023, I did cause a copy of the following documents, described below,

Order setting response deadline & hearing date - Sale of Real Estate

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/1/2023

/s/ Gary J. Imblum, Esquire
Gary J. Imblum, Esquire  42606
Attorney for Debtor
Imblum Law Offices, P.C.
4615 Derry St
Harrisburg, PA  17111
717 538 5250
carol.shay@imblumlaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GARY L. MOTTELER JR., aka GERALD L. MOTTELER, aka GARY L. MOTTELER | CASE NO: 1-22-00707-HWV<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 12/1/2023, a copy of the following documents, described below,

Order setting response deadline & hearing date - Sale of Real Estate

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/1/2023



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Gary J. Imblum, Esquire
Imblum Law Offices, P.C.
4615 Derry St
Harrisburg, PA  17111

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gerald L Motteler Jr,
aka Gerald L Motteler, aka Gary L Motteler,

**Debtor 1**

Chapter: 13

Case number: 1:22−bk−00707−HWV

Document Number: 59

Matter: Motion for Sale Free and Clear of Liens

Gerald L Motteler Jr
aka Gerald L Motteler
aka Gary L Motteler
**Movant(s)**

vs.

Jack N Zaharopoulos
Laura E. Motteler
PNC Mortgage
Hartford County Tax Claim Bur.
**Respondent(s)**

## Order

   Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above−referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001−6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

   **IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: 1/9/24<br><br>Time: 09:30 AM |
|---|---|

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: December 1, 2023

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

orreshrg(5/18)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  :
GARY L. MOTTELER JR. : CASE NO. 1:22-bk-00707-HWV
aka GERALD L. MOTTELER :
aka GARY L. MOTTELER :
    Debtors : CHAPTER 13

GARY L. MOTTELER JR. :
aka GERALD L. MOTTELER :
aka GARY L. MOTTELER :
    Movants :
 :
    v. :
 :
JACK N. ZAHAROPOULOS, ESQUIRE, :
LAURA E. MOTTELER, :
PNC MORTGAGE, :
HARTFORD COUNTY TAX CLAIM BUR.: :
    Respondents :

## MOTION TO SELL REAL ESTATE
## FREE AND CLEAR OF LIENS

AND NOW, comes Debtor, Gary L. Motteler Jr., by and through his attorney, Gary J. Imblum, and pursuant to 11 U.S.C. § 363(f) and respectfully represent:

1. Debtor filed a voluntary Petition under Chapter 13 of the Bankruptcy Code on April 19, 2022.

2. Debtor and his wife are the owners of real estate situate and known as 100 Spesutia Road, Aberdeen, Hartford County, Maryland.

3. The real estate is presently listed with Jayme Webster and Bill Schilling of Long & Foster Real Estate, Inc. realtor. Realtor commission is in the amount of 5% of the sale price, plus $495.00. The employment of said realtor was approved by Order of Court dated September 26, 2023.

4. Debtor and his wife have entered into an Agreement of Sale to sell said property for a total price of $219,000.00 to Nerieth Alegria Pantoja, a non-relative and non-insider. A copy of the Agreement of Sale is attached hereto as Exhibit "A" and is incorporated herein by reference.

5. To the best of Debtor's knowledge, all the parties who have a lien on said property include, but are not limited to the following:

    a. Harford County County Tax Claim Bureau - real estate taxes, if any; and

    b. PNC Mortgage - first mortgage.

WHEREFORE, Debtor respectfully requests that this Honorable Court issue an Order approving the sale of aforesaid real estate, free and clear of liens and the distribution of the proceeds as set forth below shall be permitted and that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same:

1. Payment of all closing costs for which Debtor is liable.

2. Payment of attorneys fees in the amount of $3,500.00, to be applied to Debtor's costs and Attorney fees, billed on an hourly basis, and approved by the Bankruptcy Court.

3. Payment of any and all other miscellaneous fees involved with the sale.

4. Payment of any liens and mortgages.

5. As long as same is a valid lien on subject real estate, payment in full of Hartford County County Tax Claim Bureau real estate taxes, if any, or else the sale will not occur.

6. As long as same is a valid lien on subject real estate, payment in full of PNC Mortgage, or else the sale will not occur.

7. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to the Debtor up to the total amount of the exemption in subject real estate. The total exemption pursuant to Debtor's Schedules is $190,600.00 (100% of value at the time of filing the bankruptcy).

8. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee Jack N. Zaharopoulos in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtor's Plan, which is, in fact, paid at settlement.

9. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment of any and all attorney fees owed to Debtor's counsel for representation in the above matter and which have been previously approved by the Court.

10. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtor.

Respectfully submitted,



Gary J. Imblum
Attorney Id. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

Dated: 12/01/2023

---

# Maryland REALTORS

## RESIDENTIAL CONTRACT OF SALE

*This is a Legally Binding Contract; If Not Understood, Seek Competent Legal Advice.*

THIS FORM IS DESIGNED AND INTENDED FOR THE SALE AND PURCHASE OF IMPROVED SINGLE FAMILY RESIDENTIAL REAL ESTATE LOCATED IN MARYLAND ONLY.

### SECTION ONE: GENERAL CONTRACT PROVISIONS

1. **DATE OF OFFER:** 11/21/2023

2. **TIME IS OF THE ESSENCE.** Time is of the essence of this Contract. The failure of Seller or Buyer to perform any act as provided in this Contract by a prescribed date or within a prescribed time period shall be a default under this Contract and the non-defaulting party, upon written notice to the defaulting party, may declare this Contract null and void and of no further legal force and effect. In such event, all Deposit(s) shall be disbursed in accordance with the Deposit paragraph of this Contract.

3. **SELLER:** Gary Motteler Jr and Laura Motteler

4. **BUYER:** Nerieth Alegria Pantoja

5. **PROPERTY:** Seller does sell to Buyer and Buyer does purchase from Seller, all of the following described Property (hereinafter "Property") known as 100 Spesutia Rd _____ located in Aberdeen ___ Harford ___ City/County, Maryland, Zip Code 21001 ___, together with the improvements thereon, and all rights and appurtenances thereto belonging.

6. **ESTATE:** The Property is being conveyed: ☑ in fee simple or ☐ subject to an annual ground rent, now existing, in the amount of _____ Dollars ($_____) payable semi-annually, as now or to be recorded among the Land Records of _____ City/County, Maryland.

7. **PURCHASE PRICE:** The Purchase Price is Two Hundred and nineteen thousand Dollars ($219,000 ___).

8. **PAYMENT TERMS:** The payment of the purchase price shall be made by Buyer as follows:
(a) Buyer ☐ has delivered OR ☑ will deliver within 3 Days of the Date of Contract Acceptance an initial Deposit by way of check or wire in the amount of two thousand five hundred Dollars ($2,500 ___).
(b) An additional Deposit by way of _____ in the amount of _____ Dollars ($___) to be paid _____.
(c) All Deposits will be held in escrow by: Homeowners Real Estate
If Deposit will not be held by a Maryland licensed real estate broker, the parties shall execute a separate written Escrow Agreement that complies with Section 10-802 of the Real Property Article, Annotated Code of Maryland.
(d) The purchase price less any and all Deposits shall be paid in full by Buyer in cash, wired funds, bank check, certified check or other payment acceptable to the settlement officer at settlement.
(e) Buyer and Seller instruct broker named in subparagraph (c) above to place the Deposits in: (Check One)
☑ A non interest bearing account; OR
☐ An interest-bearing account, the interest on which, in absence of default by Buyer, shall accrue to the benefit of Buyer. Broker may charge a fee for establishing an interest bearing account.

9. **DEPOSIT:** If the Deposit is held by a Broker as specified in Paragraph 8(c) of this Contract, Buyer hereby authorizes and directs Broker to hold the Deposit instrument without negotiation or deposit until the parties have executed and accepted this Contract. Upon acceptance, the initial Deposit and additional Deposits (the "Deposit"), if any, shall be placed in escrow as provided in Paragraph 8(e) of this Contract and in accordance with the requirements of Section 17-502(b)(1) of the Business Occupations and Professions Article, Annotated Code of Maryland. If Seller does not execute and accept this Contract, the initial Deposit instrument shall be promptly returned to Buyer. The Deposit shall be disbursed at settlement. In the event this Contract shall be terminated or settlement does not occur, Buyer and Seller agree that the Deposit shall be disbursed by Broker only in accordance with a Release of Deposit agreement executed by Buyer and Seller. In the event Buyer and/or Seller fail to complete the real estate transaction in accordance with the terms and conditions of this Contract, and either Buyer or Seller shall be unable or unwilling to execute a Release of Deposit agreement, Buyer and Seller hereby acknowledge and agree that Broker may distribute the Deposit in accordance with the provisions of Section

Page 1 of 11   10/23

"A"



17-505(b) of the Business Occupations and Professions Article, Annotated Code of Maryland and Section 10-803 of the Real Property Article, Annotated Code of Maryland.

**10. SETTLEMENT:** Date of Settlement 02/21/2024 _____ or sooner if agreed to in writing by the parties.

**11. ADDENDA/DISCLOSURES:** The Addenda checked below, which are hereby attached, are made a part of this Contract:
- ☐ Affiliated Business Disclosure Notice
- ☐ Additional As Is Provisions
- ☐ ATU/BAT On-Site Sewage Disposal
- ☐ Back-Up Contract
- ☐ Cash Appraisal Contingency
- ☐ Condominium Resale Notice
- ☐ Conservation Easement
- ☐ Disclosure of Licensee Status
- ☑ Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards
- ☐ FIRPTA
- ☐ Forest Conservation Act
- ☐ Homeowners Association Notice
- ☑ Inclusions/Exclusions, Leased Items, & Utilities
- ☐ Kickout
- ☐ Local City/County Certifications/Registrations
- ☑ Local City/County Notices/Disclosure
- ☑ Maryland Lead Poisoning Prevention Program
- ☑ Other Addenda/Special Conditions:
- ☑ MD Non-Resident Seller Transfer Withholding Tax
- ☑ Notice to Buyer and Seller – Maryland Residential Property Condition Disclosure Law
- ☑ Notice & Discl. of Deferred Water & Sewer Charges
- ☐ On-Site Sewage Disposal System Inspection
- ☐ Property Inspections
- ☐ Property Subject to Ground Rent
- ☐ Purchase Price Escalation
- ☐ Buyer's Sale, Fin., Settlement/Lease of Other Real Estate
- ☐ Seller Contribution
- ☐ Seller's Home of Choice
- ☐ Solar Panel
- ☐ Short Sale
- ☐ Tenant Occupied
- ☑ Third Party Approval
- ☐ Water Quality Test
- ☐ Water Yield Test

Subject to the Approval of the U.S Bankruptcy Court

**12. BUYER AND SELLER MAY EXECUTE THIS CONTRACT ELECTRONICALLY USING ELECTRONIC SIGNATURES:** Buyer and Seller hereby acknowledge that pursuant to Section 21-101 et seq. of the Commercial Law Article, Annotated Code of Maryland, Buyer and Seller may execute this contract electronically using electronic signatures. If a mortgage or settlement company requires wet signatures, all parties agree to promptly re-sign all the documents. The parties agree that this Contract offer shall be deemed validly executed and delivered by a party if a party executes this Contract and delivers a copy of the executed Contract to the other party by facsimile transmittal or delivers a digital image of the executed document by electronic transmittal.

**13. ENTIRE AGREEMENT:** This Contract and any addenda thereto contain the final and entire agreement between the parties, and neither they nor their agents shall be bound by any terms, conditions, statements, warranties or representations, oral or written, not herein contained. The parties to this Contract mutually agree that it is binding upon them, their heirs, executors, administrators, personal representatives, successors and, if permitted as herein provided, assigns. Once signed, the terms of this Contract can only be changed by a document executed by all parties. This Contract shall be interpreted and construed in accordance with the laws of the State of Maryland. It is further agreed that this Contract may be executed in counterparts, each of which when considered together shall constitute the original Contract.

**14. COMPUTATION OF DAYS:** As used in this Contract, and in any addendum or addenda to this Contract, the term "days" shall mean consecutive calendar days, including Saturdays, Sundays, and holidays, whether federal, state, local or religious. A day shall be measured from 12:00:00 a.m. to and including 11:59:59 p.m. in the Eastern Time Zone. For the purposes of calculating days, the count of "days" shall begin on the day following the day upon which any act or notice as provided in this Contract, or any addendum or addenda to this Contract, was required to be performed or made.

**15. SELLER RESPONSIBILITY:** Seller agrees to keep existing mortgages free of default until settlement. All violation notices or requirements noted or issued by any governmental authority (including without limitation, any permit violation notices), or actions in any court on account thereof, against or affecting the Property at the date of settlement of this Contract, shall be complied with by Seller and the Property conveyed free thereof. The Property is to be held at the risk of Seller until legal title has passed or possession has been given to Buyer. If, prior to the time legal title has passed or possession has been given to Buyer, whichever shall occur first, all or a substantial part of the Property is destroyed or damaged, without fault of Buyer, then this Contract, at the option of Buyer, upon written notice to Seller, shall be null and void and of no further effect, and the deposits shall be disbursed in accordance with the Deposit paragraph of this Contract.

**16. LEASES:** Seller may neither negotiate new leases nor renew existing leases for the Property which extend beyond settlement or possession date without Buyer's written consent. Seller warrants that the Property is not tenant-occupied nor subject to any leases, unless otherwise stated in an attached Tenant Occupied Addendum.

©Copyright 2023 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be

---

**17. NON-ASSIGNABILITY:** This Contract may not be assigned without the written consent of Buyer and Seller. If Buyer and Seller agree in writing to an assignment of this Contract, the original parties to this Contract remain obligated hereunder until settlement.

**18. SECTION AND PARAGRAPH HEADINGS:** The Section and Paragraph headings of this Contract are for convenience and reference only, and in no way define or limit the intent, rights, or obligations of the parties.

### SECTION TWO: PAYMENT OF THE PURCHASE PRICE

**19. FINANCING:** Buyer's obligation to purchase the Property is contingent upon Buyer obtaining a written commitment for a loan secured by the Property as follows:

- ☑ Conventional Financing Addendum
- ☐ FHA Financing Addendum
- ☐ VA Financing Addendum
- ☐ USDA Financing Addendum
- ☐ Assumption Addendum
- ☐ Gift of Funds Contingency Addendum
- ☐ Owner Financing Contingency
- ☐ No Financing Contingency
- ☐ OTHER:

**20. FINANCING APPLICATION AND COMMITMENT:** Buyer agrees to make a written application for the financing as herein described within seven (7) days from the Date of Contract Acceptance. If a written financing commitment is not obtained by Buyer within twenty-five (25) days from the Date of Contract Acceptance: (1) Seller, at Seller's election and upon written notice to Buyer, may declare this Contract null and void and of no further legal effect; or (2) Buyer, upon written notice to Seller, which shall include written evidence from the lender of Buyer's inability to obtain financing as provided in the Financing paragraph of this Contract, may declare this Contract null and void and of no further legal effect. In either case, the deposit shall be disbursed in accordance with the Deposit paragraph of this Contract. If Buyer has complied with all of Buyer's obligations under this Contract, including those with respect to applying for financing and seeking to obtain financing, then the Release of Deposit agreement shall provide that the deposit shall be returned to Buyer.

**21. BUYER RESPONSIBILITY:** If Buyer has misrepresented Buyer's financial ability to consummate the purchase of the Property, or if this Contract is contingent upon Buyer securing a written commitment for financing and Buyer fails to apply for such financing within the time period herein specified, or fails to pursue financing diligently and in good faith, or if Buyer makes any misrepresentations in any document relating to financing, or takes (or fails to take) any action which causes Buyer's disqualification for financing, then Buyer shall be in default; and Seller may elect by written notice to Buyer, to terminate this Contract and/or pursue the remedies set forth under the Default paragraph of this Contract.

**22. SALE/SETTLEMENT OR LEASE OF OTHER REAL ESTATE:** Neither this Contract nor the granting of Buyer's loan referred to herein is to be conditioned or contingent in any manner upon the sale, settlement and/or lease of any other real estate unless a contingency for the sale, settlement and/or lease of other real estate is contained in an addendum to this Contract. Unless this Contract is expressly contingent upon the sale, settlement and/or lease of any other real estate, Buyer shall neither apply for nor accept a financing loan commitment which is contingent upon or requires as a pre-condition to funding that any other real estate be sold, settled and/or leased.

**23. ALTERNATE FINANCING:** Provided Buyer timely and diligently pursues the financing described in the Financing paragraph, the Financing Application and Commitment paragraph, and the Buyer Responsibility paragraph, Buyer, at Buyer's election, may also apply for alternate financing. If Buyer, at Buyer's sole option, obtains a written commitment for financing in which the loan amount, term of note, amortization period, interest rate, down payment or loan program differ from the financing as described in the Financing paragraph, or any addendum to this Contract, the Financing Application and Commitment paragraph or any addendum to this Contract shall be deemed to have been fully satisfied. Such alternate financing may not increase costs to Seller or exceed the time allowed to secure the financing commitment as provided in the Financing Application and Commitment paragraph, or any addendum to this Contract.

### SECTION THREE: PROPERTY CONDITION AND INSPECTIONS

**24. INCLUSIONS/EXCLUSIONS:** Included in the purchase price are all permanently attached fixtures, including all smoke detectors. Certain other now existing items which may be considered personal property, whether installed or stored upon the property, are included if identified on a Disclosure of Inclusions/Exclusions, Leased Items, and Utilities Addendum attached hereto.

**25. CONDITION OF PROPERTY AND POSSESSION: EXCEPT AS OTHERWISE SPECIFIED IN THIS CONTRACT INCLUDING THIS PARAGRAPH, THE PROPERTY IS SOLD "AS IS".** At settlement, Seller shall deliver possession of the Property vacant, clear of trash and debris, broom clean and in substantially the same condition as existed on the Date of Contract Acceptance. Buyer reserves the right to inspect the Property within five (5) days prior to settlement to confirm the condition of the property.

©Copyright 2023 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be

---

**26. INSPECTION CONTINGENCY:** If Buyer and Seller agree, Buyer will be afforded the opportunity, at Buyer's sole cost and expense, to condition Buyer's purchase of the Property upon inspections to ascertain any unsatisfactory conditions. Buyer and Seller acknowledge that Brokers, agents or subagents are not responsible for the existence or discovery of property defects. Any Buyer Inspection Contingency must be established through Addenda to this Contract.

Inspection Addenda Attached ____/____ Buyer Buyer      Inspections Declined __MGP__/____ Buyer Buyer

### SECTION FOUR: PROPERTY-SPECIFIC DISCLOSURES

**27. HOMEOWNER'S ASSOCIATION / CONDOMINIUM REGIME:** The Property is not part of development subject to the imposition of mandatory fees as defined by the Maryland Homeowner's Association Act or a condominium regime as defined by the Maryland Condominium Act, unless acknowledged by an attached addendum.

**28. NOTICE REGARDING DISCLOSURE OF DEFERRED WATER AND SEWER ASSESSMENTS:** Pursuant to Section 14-117(a)(5) of the Real Property Article of the Annotated Code of Maryland, a contract for the resale of residential real property that is served by public water or wastewater facilities for which deferred water and sewer charges have been established by a recorded covenant or declaration shall contain a notice disclosing information about the deferred water and sewer charges. If a Seller subject to this law fails to comply:

(a) Prior to settlement, Buyer is entitled to rescind in writing the sales contract without penalty or liability. On rescission, Buyer is also entitled to the full return of any deposits made on account of the sales contract. If any deposits are held in trust by a licensed real estate broker, the return of the deposits to a Buyer under this law shall comply with the procedures under § 17-505 of the Business Occupations and Professions Article of the Annotated Code of Maryland. Buyer's right of rescission shall terminate five days after Seller provides to Buyer written notice in accordance with this requirement; and

(b) After settlement, Seller shall be liable to Buyer for the full amount of any fee or assessment not disclosed, unless Seller was never charged a fee or assessment to defray the costs of public water or wastewater facilities by the developer, a successor of the developer, or a subsequent assignee.

This law does not apply in a county that has adopted a disclosure requirement that is substantially similar to this law. (If the Property is served by public water or wastewater facilities for which deferred water and sewer charges have been established by a recorded covenant or declaration: See Notice Regarding Deferred Water and Sewer Charges.)

**29. AGRICULTURALLY ASSESSED PROPERTY:** The Agricultural Use Assessment (Assessment) is a reduced property tax assessment for agricultural land. To be eligible for the Assessment, the land must be actively used for agricultural purposes. The Agricultural Land Transfer Tax (Tax) is a tax imposed under Section 13-301 et seq. of the Tax-Property Article, Annotated Code of Maryland. If the Property is assessed in the agricultural use category and the Buyer does not intend to use the Property for agricultural purposes, the Tax may become due and could be substantial. The Tax is imposed on the deed itself and must be paid before the deed can be recorded. At the time of sale, Seller shall notify Buyer in writing that the transfer may be subject to the Tax. Buyer will be responsible to pay the Tax unless the parties negotiate a different agreement. To avoid paying the Tax, Buyer must continue to use the Property for agricultural purposes and comply with the other requirements of the law. The Property, or any portion thereof, may be subject to an Agricultural Land Transfer Tax as imposed by Section 13-301 et seq. of the Tax-Property Article, Annotated Code of Maryland, by reason of the Property's having been assessed on the basis of agricultural use. The Tax assessed as a result of this transfer shall be paid by N/A

**30. NOTICE CONCERNING CONSERVATION EASEMENTS:** If the Property is encumbered by a Conservation Easement as defined in Section 10-705 of the Real Property Article, Annotated Code of Maryland, the contract must contain a notice concerning the easement, which is contained in an attached addendum. This Paragraph does not apply to the sale of property in an action to foreclose a mortgage or deed of trust. (If the Property is encumbered by a Conservation Easement: See Conservation Easement Addendum.)

**31. FOREST CONSERVATION AND MANAGEMENT PROGRAM:** Buyer is hereby notified that this transfer may be subject to the Forest Conservation and Management Program imposed by Section 8-211 of the Tax-Property Article, Annotated Code of Maryland. Forest Conservation and Management program taxes assessed as a result of this transfer shall be paid by N/A

**32. FOREST CONSERVATION ACT NOTICE:** If the Property is a tract of land 40,000 square feet or more in size, Buyer is notified that, unless exempted by applicable law, as a prerequisite to any subdivision plan or grading or sediment control permit for the Property, Buyer will be required to comply with the provisions of the Maryland Forest Conservation Act imposed by Section 5-1601, et seq. of the Natural Resources Article, Annotated Code of Maryland, including, among other things, the submission and acceptance of a Forest Stand Delineation and a Forest Conservation Plan for the Property in

©Copyright 2023 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be

---

accordance with applicable laws and regulations. Unless otherwise expressly set forth in an addendum to this Contract, Seller represents and warrants that the Property is not currently subject to a Forest Conservation Plan, Management Agreement or any other pending obligation binding the owner of the Property under said Act; further, Seller represents and warrants that no activities have been undertaken on the Property by Seller in violation of the Forest Conservation Act.

### SECTION FIVE: GENERAL DISCLOSURES

**33. SINGLE FAMILY RESIDENTIAL REAL PROPERTY DISCLOSURE NOTICE:** Buyer is advised of the right to receive a "Disclosure and Disclaimer Statement" from Seller (Section 10-702 Real Property Article, Annotated Code of Maryland).

**34. GROUND RENT:** If the Property is subject to ground rent and the ground rent is not timely paid, the ground lease holder (i.e., the person to whom the ground rent is payable) may bring an action under Section 8-402.3 of the Real Property Article, Annotated Code of Maryland. As a result of this action, a lien may be placed upon the property. If the Property is subject to ground rent, Sections 14-116 and 14-116.1 of the Real Property Article provide the purchaser, upon obtaining ownership of the Property, with certain rights and responsibilities relative to the ground rent. (If the Property is subject to ground rent: See Property Subject to Ground Rent Addendum.)

**35. LEAD-BASED PAINT:**

A. **FEDERAL LEAD-BASED PAINT LAW:** Title X, Section 1018, the Residential Lead-Based Paint Hazard Reduction Act of 1992 (the "Act"), requires the disclosure by Seller of information regarding lead-based paint and lead-based paint hazards in connection with the sale of any residential real property on which a residential dwelling was constructed prior to 1978. Unless otherwise exempt by the Act, the disclosure shall be made on the required federal Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards form. Seller and any agent involved in the transaction are required to retain a copy of the completed Lead-Based Paint Disclosure form for a period of three (3) years following the date of settlement. A Seller who fails to give the required Lead-Based Paint Disclosure form and EPA pamphlet may be liable under the Act for three times the amount of damages and may be subject to both civil and criminal penalties.

Buyer acknowledges by Buyer's initials below that Buyer has read and understands the provisions of Paragraph 35.A.
____/____ (BUYER)

B. **RENOVATION, REPAIR AND PAINTING OF PROPERTY:** In accordance with the Lead Renovation, Repair and Painting Rule ("RRP") as adopted by the Environmental Protection Agency ("the EPA"), effective April 22, 2010, if the improvements on the Property were built before 1978, contractor(s) engaged by Seller to renovate, repair or paint the Property must be certified by the EPA where such work will disturb more than six square feet of paint per room for interior projects; more than 20 square feet of paint for any exterior project; or includes window replacement or demolition ("Covered Work"). Before and during any Covered Work project, contractor(s) must comply with all requirements of the RRP.

A Seller who personally performs any Covered Work on a rental property is required to be certified by the EPA prior to performing such Covered Work. No certification is required for a Seller who personally performs Covered Work on the Seller's principal residence. However, Seller has the ultimate responsibility for the safety of Seller's family or children while performing such Covered Work. For detailed information regarding the RRP, Seller should visit http://www2.epa.gov/lead/renovation-repair-and-painting-program.

Buyer acknowledges by Buyer's initials below that Buyer has read and understands Paragraph 35.B.
____/____ (BUYER)

C. **MARYLAND LEAD POISONING PREVENTION PROGRAM:** Under the Maryland Lead Poisoning Prevention Program (the "Maryland Program"), any residential dwelling constructed prior to 1978 that is leased for residential purposes is required to be registered with the Maryland Department of the Environment (MDE). If the Property was built prior to 1978 and is now or has been a rental property or may become a rental property in the future, a separate Maryland Lead-Based Paint Disclosure form is attached. Detailed information regarding compliance requirements may be obtained at: http://www.mde.state.md.us/programs/Land/LeadPoisoningPrevention/Pages/index.aspx.

Buyer acknowledges by Buyer's initials below that Buyer has read and understands Paragraph 35.C.
____/____ (BUYER)

**36. LIMITED WARRANTY:** NOTICE TO BUYER: IF A WARRANTY PLAN IS BEING OFFERED WITH THE PURCHASE OF THE PROPERTY, IT MAY BE A LIMITED WARRANTY. SINCE SUCH WARRANTY PLANS DO NOT COVER STRUCTURAL DEFECTS AND MAY NOT COVER PRE-EXISTING DEFECTS, BUYER SHOULD REQUEST THE REAL ESTATE AGENT TO PROVIDE BUYER WITH ANY BROCHURE WHICH DESCRIBES THE PLAN IN ORDER TO DETERMINE THE EXTENT OF COVERAGE PROVIDED BY THE WARRANTY.

©Copyright 2023 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be

**37. PROPERTY INSURANCE BROCHURE:** An informational brochure published by Maryland REALTORS® titled "Property Insurance Basics – What You Should Know" is available to explain current issues relative to obtaining insurance coverage for the Property to be purchased and may be obtained on Maryland REALTORS® website: http://www.mdrealtor.org/Portals/0/adam/Content/gejh4dXTAEWPU3vfLrkJ1A/Link/FINAL-Property-Insurance-Basics-Flyer-Web.pdf.

**38. FLOOD DISCLOSURE NOTICE:**

**A. FLOOD INSURANCE PREMIUMS:** The Property or part of the Property may be located in an area established by the government as a "flood plain" or otherwise in an area where flood insurance could be required by Buyer's mortgage lender as a condition of granting a mortgage. In addition, construction on the Property could be prohibited or restricted. The National Flood Insurance Program ("NFIP") provides for the availability of flood insurance but also establishes flood insurance policy premiums based on the risk of flooding in the area where properties are located. Due to amendments to federal law governing the NFIP those premiums are increasing, and in some cases will rise by a substantial amount over the premiums previously charged for flood insurance. As a result, Buyer should not rely on the premiums paid for flood insurance on the Property as an indication of the premiums that will apply after Buyer completes the purchase. In considering the purchase of this Property, Buyer should consult with one or more carriers of flood insurance for better understanding of flood insurance coverage, the premiums that are likely to be required to purchase such insurance and any available information about how those premiums may increase in the future. The only requirement for purchasing flood insurance from the NFIP is that you live in a community that participates (via floodplain regulations) in the NFIP. The same requirement applies to the mandatory purchase of flood insurance. Detailed information regarding flood insurance coverage may be obtained at: https://www.fema.gov/national-flood-insurance-program.

**B. FLOOD INSURANCE RATE MAPS:** The State of Maryland in conjunction with the Federal Emergency Management Agency has been systematically updating flood insurance rate maps. The Property may be affected. Buyer is advised to contact the Maryland Department of the Environment and consult a flood insurance carrier to inquire about the status of the Property. Detailed information regarding updated maps may be obtained at: http://www.mdfloodmaps.net.

**39. GUARANTY FUND:** NOTICE TO BUYER: BUYER IS PROTECTED BY THE REAL ESTATE GUARANTY FUND OF THE MARYLAND REAL ESTATE COMMISSION, UNDER SECTION 17-404 OF THE BUSINESS OCCUPATIONS AND PROFESSIONS ARTICLE OF THE ANNOTATED CODE OF MARYLAND, FOR LOSSES IN AN AMOUNT NOT EXCEEDING $50,000 FOR ANY CLAIM.

**40. NOTICE TO BUYER CONCERNING THE CHESAPEAKE AND ATLANTIC COASTAL BAYS CRITICAL AREA:** Buyer is advised that all or a portion of the property may be located in the "Critical Area" of the Chesapeake and Atlantic Coastal Bays, and that additional zoning, land use, and resource protection regulations apply in this area. The "Critical Area" generally consists of all land and water areas within 1,000 feet beyond the landward boundaries of state or private wetlands, the Chesapeake Bay, the Atlantic Coastal Bays, and all of their tidal tributaries. The "Critical Area" also includes the waters of and lands under the Chesapeake Bay, the Atlantic Coastal Bays and all of their tidal tributaries to the head of tide. For information as to whether the property is located within the Critical Area, Buyer may contact the local Department of Planning and Zoning, which maintains maps showing the extent of the Critical Area in the jurisdiction. Allegany, Carroll, Frederick, Garrett, Howard, Montgomery, and Washington Counties do not include land located in the Critical Area.

**41. WETLANDS NOTICE:** Buyer is advised that if the Property being purchased contains waters of the United States, or if the Property contains land and/or waters regulated by the State, including, but not limited to, wetlands, approval from the U.S. Army Corps of Engineers (Corps) and/or the Maryland Department of the Environment (MDE) will be necessary before starting any work, including construction, if the work includes the discharge of dredged or fill material into a regulated area, or certain other activities conducted in a regulated area. The Corps has adopted a broad definition of waters of the United States, which occur throughout the Chesapeake Bay Region, as well as other portions of the State. The land and waters regulated by the State include tidal wetlands, nontidal wetlands and their buffers, and streams and their 100-year nontidal floodplain. For information as to whether the Property includes waters of the United States or land and/or waters regulated by the State, Buyer may contact the Baltimore District of the Corps and/or MDE. Buyer may also elect, at Buyer's expense, to engage the services of a qualified specialist to inspect the Property for the presence of Corps- or MDE-regulated areas, including wetlands, prior to submitting a written offer to purchase the Property; or Buyer may include in Buyer's written offer a clause making Buyer's purchase of the Property contingent upon a satisfactory wetlands inspection.

**42. CRIMINAL ACTIVITY AND SEXUAL OFFENDERS.** Buyer may contact the state, county or municipal police departments in which the Property is located or check the "Sex Offender Registry" at the Maryland Department of Public Safety and Correctional Services website in order to ascertain criminal activity in the vicinity of the Property or the presence of registered sexual offenders who live or work within the vicinity of the Property. Buyer acknowledges that Buyer is solely responsible to inquire of such matters before signing this Contract. Buyer shall have no right to cancel this Contract based upon criminal activity or the presence of registered sexual offenders in the vicinity of the Property. Buyer further acknowledges that no real estate licensee involved in the sale or purchase of the Property, whether acting as the agent for Seller or Buyer, has any duty nor assumes any duty or responsibility to ascertain criminal activity or the presence of registered sexual offenders in the vicinity of the Property.

**43. MILITARY INSTALLATIONS:** This Section does not apply in Allegany, Carroll, Frederick, Garrett, Howard, Montgomery, and Washington Counties. Buyer is advised that the Property may be located near a military installation that conducts flight operations, munitions testing, or military operations that may result in high noise levels.

**44. NOTICE TO THE PARTIES:**

**A. NO REPRESENTATIONS:** Brokers, their agents, subagents and employees, make no representations with respect to:
(1) Water quantity, quality, color, or taste or operating conditions of public and/or private water systems;
(2) Location, size or operating condition of on-site sewage disposal systems;
(3) The extensions of public utilities by local municipal authorities, existence or availability of public utilities, and any assessments, fees or costs for public utilities which might be imposed by local municipal authorities or private entities, should public utilities be extended or available to the subject Property. (Buyer should consult the Department of Public Works to determine the availability of proposed future extensions of utilities.);
(4) Lot size, exact location. If the subject Property is part of a recorded subdivision, Buyer can review the plat upon request at the Record Office. If the subject Property is not part of a recorded subdivision, Buyer may verify exact size, location and through a survey by a licensed engineer or land surveyor, at Buyer's expense;
(5) Existing zoning or permitted uses of the Property, including, without limitation, whether any improvements to the Property required permit(s) and, if so, whether such improvements, were completed pursuant to permit(s) issued and/or whether any permit(s) issued were complied with. Buyer should contact the appropriate local government agency and/or a licensed engineer to verify zoning, permit issuance/status, and permitted uses;
(6) Whether properly licensed contractors have been used to make repairs, renovations and improvements to the Property.

**B. NO ADVISING:** Brokers/agents are not advising the parties as to certain other issues, including without limitation: soil conditions; flood hazard areas; possible restrictions of the use of property due to restrictive covenants, leases, subdivision, environmental laws, easements or other documents; airport or aircraft noise; planned land use, roads or highways; and construction materials and/or hazardous materials, including without limitation flame retardant treated plywood (FRT), radon, radium, mold spores, urea formaldehyde foam insulation (UFFI), synthetic stucco (EIFS), asbestos, polybutylene piping and lead-based paint. Information relating to these issues may be available from appropriate governmental authorities. This disclosure is not intended to provide an inspection contingency.

**C. COMPENSATION OF VENDORS:** Buyer and Seller each assume full responsibility for selecting and compensating their respective vendors.

**D. PROTECTION OF HOMEOWNERS IN FORECLOSURE ACT NOTICE:** BUYER AND SELLER ACKNOWLEDGE THAT, UNDER SECTION 7-310 OF THE REAL PROPERTY ARTICLE OF THE ANNOTATED CODE OF MARYLAND, IF THE MORTGAGE ON THE PROPERTY IS AT LEAST 60 DAYS IN DEFAULT ON THE DATE OF CONTRACT ACCEPTANCE, SELLER HAS THE RIGHT TO RESCIND THE CONTRACT WITHIN 5 DAYS AFTER THE DATE OF CONTRACT ACCEPTANCE. ANY PROVISION IN THIS CONTRACT OR OTHER AGREEMENT THAT ATTEMPTS OR PURPORTS TO WAIVE ANY OF THE SELLER'S RIGHTS UNDER SECTION 7-310 IS VOID.

**45. HOMESTEAD PROPERTY TAX CREDIT NOTICE TO BUYER:** IF YOU PLAN TO LIVE IN THIS HOME AS YOUR PRINCIPAL RESIDENCE, YOU MAY QUALIFY FOR THE HOMESTEAD PROPERTY TAX CREDIT. THE HOMESTEAD PROPERTY TAX CREDIT MAY SIGNIFICANTLY REDUCE THE AMOUNT OF PROPERTY TAXES YOU OWE. Additional information may be obtained at: https://dat.maryland.gov/realproperty/pages/maryland-homestead-tax-credit.aspx.

**46. PROPERTY TAX NOTICE – 60 DAY APPEAL:** If any real property is transferred after January 1 and before the beginning of the next taxable year to a new owner, the new owner may submit a written appeal as to a value or classification on or before 60 days after the date of the transfer.

### SECTION SIX: TRANSFER OF TITLE AND CLOSING

**47. NOTICE OF BUYER'S RIGHT TO SELECT SETTLEMENT SERVICE PROVIDERS:** Buyer has the right to select Buyer's own title insurance company, title lawyer, settlement company, escrow company, mortgage lender or financial institution as defined in the Financial Institutions Article, Annotated Code of Maryland. Buyer acknowledges that Seller may not be prohibited from offering owner financing as a condition of settlement.

**48. DEED AND TITLE:** Upon payment of the purchase price, a deed for the Property containing covenants of special warranty and further assurances (except in the case of transfer by personal representative of an estate), shall be executed by Seller and shall convey the Property to Buyer. Title to the Property, including all chattels included in the purchase, shall be good and merchantable, free of liens and encumbrances except as specified herein; except for use and occupancy restrictions of public record which are generally applicable to properties in the immediate neighborhood or the subdivision in which the Property is located and publicly recorded easements for public utilities and any other easements which may be observed by an inspection of the Property. Buyer expressly assumes the risk that restrictive covenants, zoning laws or other recorded documents may restrict or prohibit the use of the Property for the purpose(s) intended by Buyer. In the event Seller is unable to give good and merchantable title or such as can be insured by a Maryland licensed title insurer, with Buyer paying not more than the standard rate as filed with the Maryland Insurance Commissioner, Seller, at Seller's expense, shall have the option of curing any defect so as to enable Seller to give good and merchantable title or, if Buyer is willing to accept title without said defect being cured, paying any special premium on behalf of Buyer to obtain title insurance on the Property to the benefit of Buyer. In the event Seller elects to cure any defects in title, this Contract shall continue to remain in full force and effect; and the date of settlement shall be extended for a period not to exceed fourteen (14) additional days. If Seller is unable to cure such title defect(s) and is unable to obtain a policy of title insurance on the Property to the benefit of Buyer from a Maryland licensed title insurer, Buyer shall have the option of taking such title as Seller can give, or terminating this Contract and being reimbursed by Seller for cost of searching title as may have been incurred not to exceed 1/2 of 1% of the purchase price. In the latter event, there shall be no further liability or obligation on either of the parties hereto; and this Contract shall become null and void; and all Deposit(s) shall be disbursed in accordance with the Deposit paragraph of this Contract. In no event shall Broker(s) or their agent(s) have any liability for any defect in Seller's title.

**49. ADJUSTMENTS:** Ground rent, homeowner's association fees, rent and water rent shall be adjusted and apportioned as of date of settlement; and all taxes, general or special, and all other public or governmental charges or assessments against the Property which are or may be payable on a periodic basis, including the Metropolitan District Sanitary Commission and the Washington Suburban Sanitary Commission, or other benefit charges, assessments, liens or encumbrances for sewer, water, drainage, paving, or other public improvements completed or commenced on or prior to the date hereof, or subsequent thereto, are to be adjusted and apportioned as of the date of settlement and are to be assumed and paid thereafter by Buyer, whether assessments have been levied or not as of date of settlement if applicable by local law. Any heating or cooking fuels remaining in supply tank(s) at time of settlement shall become the property of Buyer.

**50. SETTLEMENT COSTS:** Buyer agrees to pay all settlement costs and charges including, but not limited to, all Lender's fees in connection herewith, including title examination and title insurance fees, loan insurance premiums, all document preparation and recording fees, notary fees, survey fees where required, and all recording charges, except those incident to clearing existing encumbrances or title defects, except if Buyer is a Veteran obtaining VA financing, those prohibited to be paid by a Veteran obtaining VA financing, which prohibited charges shall be paid by Seller. If Buyer is a Veteran obtaining VA financing, Buyer's Broker may not charge a flat fee to Buyer nor to Seller per VA Reg. Part 38 CFR 36.4313(b). Seller is advised that should Seller not be able to attend Settlement as scheduled, Seller may be subject to additional charges from the settlement company to cover the reasonable additional costs of accommodating Seller's request. In such event, Seller is advised to contact the title company to determine what charges may apply.

**51. TRANSFER CHARGES:**

**A. IN GENERAL.** If Buyer is NOT a first-time Maryland homebuyer, payment of Recordation Taxes and State and local Transfer Taxes will be divided equally between Buyer and Seller unless otherwise stated here: _____. Buyer shall be entitled to receive the benefit of any local owner-occupancy reduction offered by the jurisdiction where the property is located.

**B. FIRST-TIME MARYLAND HOMEBUYER.** Maryland law provides that the amount of state transfer tax due on the sale of property to a first-time Maryland homebuyer is reduced from 0.50% to 0.25% and shall be paid entirely by the Seller. Payment of Recordation Taxes and local Transfer Taxes will be divided equally between Buyer and Seller unless otherwise stated here: _____. Buyer shall be entitled to receive the benefit of any local owner-occupancy reduction offered by the jurisdiction where the property is located. Buyer is hereby notified that to ensure receipt of the above reduction, Buyer should check the box on Page 10 of this Contract, indicating that Buyer is a first-time Maryland homebuyer, and complete the required affidavit at settlement indicating that the Buyer is a first-time Maryland homebuyer.

**52. MARYLAND NON-RESIDENT SELLER:** If the Property is not the Seller's principal residence and the Seller is a non-resident individual of the State of Maryland or is a non-resident entity which is not formed under the laws of the State of Maryland or qualified to do business in the State of Maryland, a withholding tax from the proceeds of sale *shall* be withheld at the time of settlement except as otherwise provided by Maryland law. *Seller may request the Maryland Comptroller to issue a Certificate of Full or Partial Exemption from the withholding requirements, provided that such request is filed not later than 21 days prior to the date of closing.* For detailed information, seller should call 1-800-MDTAXES or visit: https://www.marylandtaxes.gov/forms/current_forms/withholding_requirement.pdf.

**53. FOREIGN INVESTMENT TAXES-FIRPTA:** Section 1445 of the United States Internal Revenue Code of 1986 provides that a Buyer of residential real property located in the United States must withhold federal income taxes from the purchase price if (a) the purchase price exceeds Three Hundred Thousand Dollars ($300,000.00) and (b) the seller is a foreign person. Unless otherwise stated in an addendum attached hereto, if the purchase price is in excess of Three Hundred Thousand Dollars ($300,000.00), Seller represents that Seller is not a non-resident alien, foreign corporation, foreign partnership, foreign trust or foreign estate (as those terms are defined by the Internal Revenue Code and applicable regulations) and agrees to execute an affidavit to this effect at the time of settlement.

**54. INTERNAL REVENUE SERVICE FILING:** Buyer and Seller each agree to cooperate with the settlement officer by providing all necessary information so that a report can be filed with the Internal Revenue Service, as required by Section 6045 of the IRS Code. To the extent permitted by law, any fees incurred as a result of such filing will be paid by the Seller.

**55. AUTHORIZATION TO PROVIDE TILA-RESPA INTEGRATED DISCLOSURES:** Buyer and Seller hereby authorize the lender, title company, escrow agent, and/or their representatives to disclose and provide copies of the closing disclosure(s) and/or other settlement statement to the real estate licensees involved in the transaction at the time these documents are provided to Buyer and Seller.

**56. BROKER'S FEE:** All parties irrevocably instruct the settlement officer to collect the fee or compensation and disburse same according to the terms and conditions provided in the listing agreement and/or agency representation agreement. Settlement shall not be a condition precedent to payment of compensation.

**57. BROKER LIABILITY:** Brokers, their agents, subagents and employees do not assume any responsibility for the condition of the Property or for the performance of this Contract by any or all parties hereto. By signing this Contract, Buyer and Seller acknowledge that they have not relied on any representations made by Brokers, or any agents, subagents or employees of Brokers, except those representations expressly set forth in this Contract.

**58. PROPERTY OWNER'S TITLE INSURANCE:** Buyer is encouraged to purchase owner's title insurance at either "standard" or "enhanced" coverage and rates. The coverage afforded by such title insurance would be governed by the terms and conditions thereof, and the premium for obtaining such title insurance coverage would be determined by the extent of its coverage. For purposes of owner's title insurance policy premium rate disclosures by Buyer's lender, Buyer and Seller agree that enhanced rates (if available) shall be quoted by Buyer's lender. Buyer understands that a policy issued to the Lender will not protect the Buyer from losses caused by title defect. Nothing herein obligates Buyer to obtain any owner's title insurance coverage at any time, including at settlement, and that the availability of owner's title insurance coverage is subject to the underwriting criteria of the title insurer. Buyer understands that the Broker does not warrant the condition of title, and Buyer agrees to hold harmless Broker from any damages sustained by Buyer that may result from a defect in title.

### SECTION SEVEN: BREACH OF CONTRACT AND DISPUTE RESOLUTION

**59. DEFAULT:** Buyer and Seller are required and agree to make full settlement in accordance with the terms of this Contract and acknowledge that failure to do so constitutes a breach hereof. If Buyer fails to make full settlement or is in default due to Buyer's failure to comply with the terms, covenants and conditions of this Contract, the initial Deposit and additional Deposits (the "Deposit") may be retained by Seller as long as a Release of Deposit Agreement is signed and executed by all parties, expressing that said Deposit may be retained by Seller. In the event the parties do not agree to execute a Release of Deposit Agreement, subject to the Deposit paragraph of this Contract, Buyer and Seller shall have all legal and equitable remedies. If Seller fails to make full settlement or is in default due to Seller's failure to comply with the terms, covenants and conditions of this Contract, Buyer shall be entitled to pursue such rights and remedies as may be available, at law or in equity, including, without limitation, an action for specific performance of this Contract and/or monetary damages. In the event of any litigation or dispute between Buyer and Seller concerning the release of the Deposit, Broker's sole responsibility may be met, at Broker's option, by paying the Deposit into the court in which such litigation is pending, or by paying the Deposit into the court of proper jurisdiction by an action of interpleader. Buyer and Seller agree that, upon Broker's payment of the Deposit into the court, neither Buyer nor Seller shall have any further right, claim, demand or action against Broker regarding the release of the Deposit; and Buyer and Seller, jointly and severally, shall indemnify and hold Broker harmless from any and all such rights, claims, demands or actions. In the event of such dispute and election by Broker to file an action of interpleader as herein provided, Buyer and Seller further agree and hereby expressly and irrevocably authorize Broker to deduct from the Deposit all costs incurred by Broker in the filing and maintenance of such action of interpleader including but not limited to filing fees, court costs, service of process fees and attorneys' fees, provided that the amount deducted shall not exceed the lesser of $500 or the amount of the Deposit held by Broker. All such fees and costs authorized herein to be deducted may be deducted by Broker from the Deposit prior to paying the balance of the Deposit to the court. Buyer and Seller further agree and expressly declare that all such fees and costs so deducted shall be the exclusive property of Broker. If the amount deducted by Broker is less than the total of all of the costs incurred by Broker in filing and maintaining the interpleader action, then Buyer and Seller jointly, and severally, agree to reimburse Broker for all such excess costs upon the conclusion of the interpleader action.

**60. MEDIATION OF DISPUTES:** Mediation is a process by which the parties attempt to resolve a dispute or claim with the assistance of a neutral mediator who is authorized to facilitate the resolution of the dispute. The mediator has no authority to make an award, to impose a resolution of the dispute or claim upon the parties or to require the parties to continue

©Copyright 2023 Maryland REALTORS®. For use by REALTOR® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be



mediation if the parties do not desire to do so. Buyer and Seller agree that any dispute or claim arising out of or from this Contract or the transaction which is the subject of this Contract shall be mediated through Maryland REALTORS® or its member local boards/associations in accordance with the established Mediation Rules and Guidelines of Maryland REALTORS® or through such other mediator or mediation service as mutually agreed upon by Buyer and Seller, in writing. Unless otherwise agreed in writing by the parties, mediation fees, costs and expenses shall be divided and paid equally by the parties to the mediation. If either party elects to have an attorney present that party shall pay his or her own attorney's fees.

Buyer and Seller further agree that the obligation of Buyer and Seller to mediate as herein provided shall apply to all disputes or claims arising whether prior to, during, or within one (1) year following the actual contract settlement date or when settlement should have occurred. Buyer and Seller agree that neither party shall commence any action in any court regarding a dispute or claim arising out of or from this Contract or the transaction which is the subject of this Contract, without first mediating the dispute or claim, unless the right to pursue such action or the ability to protect an interest or pursue a remedy as provided in this Contract, would be precluded by the delay of the mediation. In the event the right to pursue such action, or the ability to protect an interest or pursue a remedy would be precluded by the delay, Buyer or Seller may commence the action only if the initial pleading or document commencing such action is accompanied by a request to stay the proceeding pending the conclusion of the mediation. If a party initiates or commences an action in violation of this provision, the party agrees to pay all costs and expenses, including reasonable attorneys' fees, incurred by the other party to enforce the obligation as provided herein. The provisions of this paragraph shall survive closing and shall not be deemed to have been extinguished by merger with the deed.

**61. ATTORNEY'S FEES:** In any action or proceeding between Buyer and Seller based, in whole or in part, upon the performance or non-performance of the terms and conditions of this Contract, including, but not limited to, breach of contract, negligence, misrepresentation or fraud, the prevailing party in such action or proceeding shall be entitled to receive reasonable attorney's fees from the other party as determined by the court or arbitrator. In any action or proceeding between Buyer and Seller and/or between Buyer and Broker(s) and/or Seller and Broker(s) resulting in Broker(s) being made a party to such action or proceeding, including, but not limited to, any litigation, arbitration, or complaint and claim before the Maryland Real Estate Commission, whether as defendant, cross-defendant, third-party defendant or respondent, Buyer and Seller jointly and severally, agree to indemnify and hold Broker(s) harmless from and against any and all liability, loss, cost, damages or expenses (including filing fees, court costs, service of process fees, transcript fees and attorneys' fees) incurred by Broker(s) in such action or proceeding, providing that such action or proceeding does not result in a judgment against Broker(s). As used in this Contract, the term "Broker(s)" shall mean: (a) the Brokers as identified on Page 11 of this Contract; (b) the named Sales Associates identified on Page 11 of the Contract; and (c) any agent, subagent, salesperson, independent contractor and/or employees of Broker(s). The term "Broker(s)" shall also mean, in the singular, any or either of the named Broker(s) and/or Sales Associate(s) as identified or, in the plural, both of the named Brokers and/or Sales Associates as identified. This Paragraph shall apply to any and all such action(s) or proceeding(s) against Broker(s) including those action(s) or proceeding(s) based, in whole or in part, upon any alleged act(s) or omission(s) by Broker(s), including, but not limited to, any alleged act of misrepresentation, fraud, non-disclosure, negligence, violation of any statutory or common law duty, or breach of fiduciary duty by Broker(s). The provisions of this Paragraph shall survive closing and shall not be deemed to have been extinguished by merger with the deed.

| Nerieth Alegria Pantoja | | Gary Motteler (AKA Gerald Motteler) | 11-27-23 |
|---|---|---|---|
| Buyer Signature | Date | Seller Signature | Date |
| | | Laura Motteler | 11-27-23 |
| Buyer Signature | Date | Seller Signature | Date |

DATE OF CONTRACT ACCEPTANCE: 11-27-23
(Insert the date on which all final initials and signatures of all parties have been affixed to this Contract.)

☐ Check if First-Time Maryland Homebuyer

---

**Contact Information:**

BUYER / NAME(S): Nerieth Alegria Pantoja
MAILING ADDRESS:

SELLER / NAME(S): Gary Motteler Jr and Laura Motteler
MAILING ADDRESS:

Information provided for reference only:

LISTING BROKERAGE COMPANY NAME: Long & Foster Real Estate, Inc.
BROKER OF RECORD NAME: Nick D'Ambrosia      LICENSE NUMBER: 38712
SALES ASSOCIATE NAME: Jayme Webster      LICENSE NUMBER: 651881
OFFICE ADDRESS: 3004 Emmorton Rd, Abingdon, MD 21009-2074
OFFICE PHONE:       BROKER/SALES ASSOCIATE MLS ID:
SALES ASSOCIATE PHONE: (717) 658-6280      SALES ASSOCIATE E-MAIL: jayme.webster@lnf.com

ACTING AS: ☑ LISTING BROKER AND SELLER AGENT; OR
☐ INTRA - COMPANY AGENT WITH BROKER AS DUAL AGENT

SELLING BROKERAGE COMPANY NAME: homeowners real estate
BROKER OF RECORD NAME: Rick McGhee      LICENSE NUMBER: 3782
SALES ASSOCIATE NAME: Daniel McGhee      LICENSE NUMBER: 594571
OFFICE ADDRESS: 1316 E Churchville Road, Bel Air, Maryland 21014
OFFICE PHONE:       BROKER/SALES ASSOCIATE MLS ID:
SALES ASSOCIATE PHONE: 410-652-6003      SALES ASSOCIATE E-MAIL: danielmcgh@gmail.com

ACTING AS: ☐ SELLER AGENT; OR
☐ SUBAGENT; OR
☑ BUYER AGENT; OR
☐ INTRA - COMPANY AGENT WITH BROKER AS DUAL AGENT

---

**Maryland REALTORS**

## Consumer Notice to Buyers of Residential Real Estate in Maryland

*(Include with Exclusive Buyer/Tenant Representation Agreement)*

Buyers of residential real estate in Maryland are advised to inquire about the following items:

**COVENANTS RUNNING WITH THE LAND:** Covenants running with the land are agreements that stipulate that ownership of the land cannot be transferred unless the new owner agrees to continue to abide by the covenants. They cannot be separated from the land and transfer with it. For example, an individual might own property subject to a covenant that requires the property to be used for charitable purposes only. A buyer who purchases the property must agree to use the property for charitable purposes only.

**DEED RESTRICTIONS:** Deed restrictions are provisions in a deed that limit the use of the property. With some exceptions, deed restrictions cannot be removed by the new owner.

**EASEMENTS:** An easement is a right, privilege, or interest that one party has in the land of another. There are many types of easements, including, conservation easements, utility easements, gas line easements, and power line easements. Easements may be in property deeds or title papers, and are part and parcel of the land they affect.

**LEASES:** A lease is any agreement that gives rise to a landlord/tenant relationship. Unless otherwise specified in the lease agreement, the buyer of a property occupied by a tenant under a lease is bound by the conditions and terms of the lease.

**ONSITE SEWAGE DISPOSAL SYSTEMS (OSDS) WITH BEST AVAILABLE TECHNOLOGY (BAT):** An OSDS is a wastewater treatment system that discharges the treated effluent into the ground. An OSDS with best available technology reduces nitrogen levels. If an OSDS system with BAT is installed on the property, Seller may have used state funds to purchase the system. If state funds were used to purchase the system, the property may be encumbered by an easement that obligates the owner of the property to comply with certain requirements such as maintaining the system and allowing the Maryland Department of the Environment and the county/city in which the property is located to inspect the system. Buyer is advised to inquire about the terms under which an OSDS system with BAT was installed on the property and check with the appropriate city/county agency.

**PROPANE TANKS:** Propane is a source of energy that is used for heating homes and water, cooking and refrigerating food, drying clothes, and fueling gas fireplaces and barbecue grills. Propane tanks may be owned or leased. If a propane tank is installed on the property, Buyer is advised to inquire about the terms under which the propane tank was installed, how to transfer the ownership or lease, and any costs associated with the transfer.

**HOME SECURITY SYSTEMS THAT RECORD AUDIO:** Buyer is advised that Maryland law prohibits audio recording of private conversations without the consent of all parties.

**SOLAR PANELS:** Solar panels are devices that convert light into electricity. If solar panels are installed on the property, Buyer is advised to inquire about the terms under which the solar panels were installed, how to transfer the ownership or lease, and any costs associated with the transfer.

**WIRE FRAUD THROUGH EMAIL:** Buyer is advised to never trust wiring instructions sent via email. Cyber criminals are hacking email accounts and sending emails with fake wiring instructions. These emails are convincing and sophisticated. Buyer should always independently confirm wiring instructions in person or via a telephone call to a trusted and verified phone number. Buyer should never wire money without double-checking that the wiring instructions are correct.

**DEPOSIT HELD BY ESCROW AGENT:** Buyer is advised that an escrow agent, other than a Maryland licensed real estate broker, is not subject to the same legal requirements that Maryland licensed real estate brokers are under the Maryland Real Estate Brokers Act concerning the holding and the release of deposit monies. If the deposit is going to be held by a third party other than by a Maryland licensed real estate broker involved in the transaction, the parties are required to enter into a separate written escrow agreement, binding upon the parties and the escrow agent that complies with Section 10-802 of the Real Property Article, Annotated Code of Maryland.

**SMOKE ALARMS:** Buyer is notified that there were changes in Maryland law regarding smoke alarms and smoke detectors (Section 9-101 et seq. of the Public Safety Article, Annotated Code of Maryland). The type of smoke alarm required in a dwelling depends upon the age of the property. As of January 1, 2018, among other changes, no alarm—battery powered or hard-wired—may be older than 10 years from the date of manufacture, and if battery powered, be sealed, tamper resistant units incorporating a silence/hush button, which use long-life batteries. There are penalties for non-compliance. Additionally, some jurisdictions have more stringent rules for new construction or for rentals. Buyer is advised to inquire about smoke alarm compliance. Buyer may

---

view the smoke alarm requirements at: http://mgaleg.maryland.gov/mgawebsite/Laws/StatuteText?article=gps&section=9-101&enactments=false. Buyer may contact the local fire marshal to obtain additional information about the smoke alarm law.

**CONDOMINIUM/HOA RESERVE STUDY:** A Reserve Study is a long-term capital budgeting tool that a condominium/HOA uses to determine the amount of money it should set aside in its Reserve Fund for replacement, repair, or restoration of common areas. The Reserve Fund is financed by collecting condominium dues, HOA fees, or special assessments. Buyer is advised to pay close attention to the reserve study report of a condominium/HOA as an underfunded Reserve Fund may result in a future increase of condominium dues, HOA fees, or the imposition of special assessments upon Buyer.

| Nerieth Alegria Pantoja | | | |
|---|---|---|---|
| Buyer Signature | Date | Buyer Signature | Date |



## CONVENTIONAL FINANCING ADDENDUM

ADDENDUM dated 11/21/2023 to Contract of Sale
between Buyer Nerieth Alegria Pantoja
and Seller Gary Motteler Jr and Laura Motteler
for Property known as 100 Spesutia Rd, Aberdeen, MD 21001

The Contract is contingent upon Buyer obtaining a conventional loan secured by the Property as follows:

1. **LOAN DETAILS:**
   - Loan Amount $160,000
   - Term of Note 30 Years
   - Amortization 30 Years
   - Interest Rate 7.25 %
   - Loan Program 30 year fixed
   - Buyer agrees to pay Loan Origination/Discount Fees:
   - ☐ $0 /☐ 0 % of the loan amount

2. **LOAN INSURANCE PREMIUMS:** All loan insurance premiums as required by Lender shall be paid by Buyer.

3. **LOCK IN:** BY ACCEPTING A LOAN AGREEMENT WHEREBY THE INTEREST RATE AND LOAN DISCOUNT FEES ARE NOT BEING LOCKED IN, BUYER AGREES TO ACCEPT THE RATE AS CHARGED BY LENDER AT THE TIME OF LOCK-IN AND THE RESPONSIBILITY FOR ANY ADDITIONAL FEES CHARGED. BUYER SHALL REMAIN BOUND TO PERFORM UNDER THE CONTRACT, NOTWITHSTANDING ANY SUCH CHANGES IN THE RATE AND/OR FEES.

4. **MONTHLY PAYMENT:** Payments to Lender may include monthly principal and interest, plus one-twelfth of the annual real estate taxes, ground rent, special assessments or charges, if any, hazard (fire) insurance premium, flood insurance, and private mortgage insurance.

5. **LOAN UNDERWRITING:** Buyer and Seller understand that Lender may resubmit the loan to underwriting. To the extent such changes do not conflict with the conditions of the Contract, Buyer agrees to comply with Lender's request for additional or updated information as required to approve the loan.

6. **LENDER REQUIRED REPAIRS:** In the event Lender requires any repairs or improvements ("Required Repairs") be made to the Property, Seller agrees to perform the Required Repairs and pay the cost thereof at or prior to settlement, provided the total cost of the Required Repairs does not exceed $0 ("Repair Amount"). **This cost shall be in addition to Seller's other obligations under the terms of the Contract.** Should the cost of Required Repairs exceed the Repair Amount:

   A. Seller may elect to pay the total cost of the Required Repairs, in which event the Contract shall remain in full force and effect.
   B. Seller may terminate the Contract by written notice to Buyer, which must include a written estimate of the cost of the Required Repairs. Said written notice shall be provided to Buyer within five (5) days of Seller's receipt of written estimate(s).
   C. The Contract shall remain in full force and effect if, within five (5) days of Buyer's receipt of Seller's notice of termination, Buyer elects, in writing, to pay the difference between the cost of the Required Repairs and the Repair Amount listed above.
   D. If neither Buyer nor Seller elects to pay the excess cost of any Required Repairs, the Contract shall become null and void; and all Deposit(s) shall be disbursed in accordance with the Deposit paragraph of the Contract.

Page 1 of 2  1/23

---

7. **APPRAISAL CONTINGENCY:** The Contract is contingent upon Buyer obtaining an appraisal of the Property. The appraisal will be at Buyer's expense and will be performed by a Maryland licensed appraiser.

If the appraised value of the Property is less than the Purchase Price as set forth in the Contract, Buyer shall notify Seller, in writing, of such fact within two ( 2 ) days from receipt of the written appraisal and shall include a copy of the written appraisal. The written notice from Buyer to Seller shall state whether: A) Buyer elects to proceed to purchase the Property notwithstanding the appraised value of the Property; OR B) Buyer requests the Seller to reduce the Purchase Price to the appraised value. In the event Buyer notifies Seller of Buyer's election to proceed to purchase the Property notwithstanding the appraised value, the Contract shall remain in full force and effect and Seller shall have no obligation, right or election as provided in this Addendum.

Upon receipt of the written notice from Buyer of Buyer's request to reduce the Purchase Price to the appraised value, Seller, at Seller's election and upon written notice to Buyer not later than two ( 2 ) days following receipt by Seller of the written notice from Buyer, may either: A) agree to reduce the Purchase Price to the appraised value of the Property, in which event the Contract shall remain in full force and effect; OR B) decline to reduce the Purchase Price to the appraised value.

If Seller declines to reduce the Purchase Price to the appraised value, or fails to respond within the time period above, Buyer, at Buyer's election, not later than two ( 2 ) days following receipt of the written notice from Seller, or from the date that such written notice was to have been provided by Seller, shall either: A) declare the Contract null and void and of no further force and effect, in which event, the Deposit(s) shall be disbursed in accordance with the Deposit(s) paragraph of the Contract; OR B) agree to purchase the Property at the Purchase Price notwithstanding the appraised value of the Property, in which event the Contract shall remain in full force and effect, and Buyer shall pay any increase in the down payment, interest rate, point(s) or loan origination fee(s) as required by lender without contribution by Seller except as otherwise provided in the Contract. Buyer's failure to provide written notice to the Seller of their election within the agreed-upon timeframe will automatically constitute the Buyer's agreement to elect to purchase the Property at the Purchase Price in accordance with Option 'B' in this subparagraph.

*All other terms and conditions of the Contract of Sale remain in full force and effect.*

Nerieth Alegria Pantoja / Buyer Signature / Date
AKA Gerald Motteler Jr / Seller Signature / 11-27-23
Buyer Signature / Date
Laura Motteler / Seller Signature / 11-27-23

Page 2 of 2  1/23

---



## MARYLAND NON-RESIDENT SELLER TRANSFER WITHHOLDING TAX ADDENDUM

ADDENDUM dated 09/09/23 to Contract of Sale
between Buyer Nerieth Alegria Pantoja
and Seller GARY L MOTTELER JR., LAURA E MOTTELER
for Property known as 100 SPESUTIA ROAD ABERDEEN, MD 21001

Seller acknowledges, pursuant to Section 10-912 of the Tax-General Article, Annotated Code of Maryland, that if Seller is: 1) a non-resident individual of the State of Maryland or is 2) a non-resident entity which is not formed under the laws of the State of Maryland and is not qualified by or registered with the Maryland State Department of Assessments and Taxation to do business in the State of Maryland, the deed or other instrument of writing that effects a change of ownership to the Property may not be recorded with the clerk of the court for a county or filed with the Maryland State Department of Assessments and Taxation unless payment is first made by the Seller in an amount equal to:

a) 8% of the total payment to a non-resident seller; OR
b) 8.25% of the total payment to a non-resident entity;

(Note: The amount of the payment for a non-resident individual is subject to adjustment on a recurring basis by the Comptroller of Maryland. The amount of the payment for a non-resident entity is subject, from time to time, to change by an Act of the Maryland General Assembly. Seller acknowledges that the amount(s) as set forth in a) and b), above, may be greater or lesser than the actual amount(s) due by Seller at time of settlement.)

UNLESS each seller:
1. Certifies, in writing, under the penalties of perjury, that the Seller is a resident of the State of Maryland or is a resident entity of the State of Maryland; OR
2. Presents to the clerk of the circuit court for a county or the Maryland State Department of Assessments and Taxation a certificate issued by the Comptroller of the State of Maryland stating that: i) there is no tax due in connection with the sale or exchange of the Property; or ii) a reduced amount of tax is due from the Seller and the reduced amount is collected by the clerk of the circuit court for a county or the Maryland Department of Assessments and Taxation before recording or filing; (NOTE: If Seller intends to obtain a certificate from the Comptroller's office, Seller should immediately contact the Comptroller at 1-800-MDTAXES. Obtaining the certificate requires a MINIMUM of three (3) weeks); OR
3. Has satisfied the tax liability or has provided adequate security to cover such liability; OR
4. Certifies, in writing, under the penalties of perjury, that the Property being transferred is the Seller's principal residence.

As defined under Maryland law and as used in a) and b) above, the term "total payment" means the net proceeds paid to the Seller for the Property and associated tangible personal property, less: 1) debts owed by the Seller and secured by a mortgage or other lien against the Property being paid upon the sale or exchange of the Property and 2) other expenses of the Seller arising out of the sale or exchange of the Property and disclosed on a settlement statement prepared in connection with the sale or exchange of the Property. "Total payment" includes the fair market value of any property transferred to the Seller.

Gary L Motteler Jr / Seller's Signature / 9-9-23
Laura E Motteler / Seller's Signature / 9-9-23

1/20

---

## ADDENDUM TO CONTRACT OF SALE

LONG & FOSTER  

Addendum # dated to Contract of Sale dated
between Buyer Nerieth Alegria Pantoja
and Seller Gary L Motteler Jr  Laura E Motteler
for Property known as 100 Spesutia Road  Aberdeen, MD 21001

NOW, THEREFORE, IT IS MUTUALLY AGREED THAT THE FOLLOWING PROVISIONS BE ADDED:

**Additional Conditions Of Sale / Third Party Approval**

All dates and times for inspections and financing shall commence upon approval of the U.S. Bankruptcy Court.

The Contract for the sale of this property is " Subject to Approval of the U.S. Bankruptcy Court".

If the Contract is not approved by the U.S. Bankruptcy Court within 60 days from Date of Contract Acceptance, either party shall have the right to terminate and declare the Contract null and void. All deposit monies shall be disbursed in accordance with the Deposit paragraph of the Contract.

*All other items and conditions of this contract remain in full force and effect.*

Nerieth Alegria Pantoja / Buyer / Date
AKA Gerald Motteler Jr / Seller / 11-27-23
Buyer / Date
Laura Motteler / Seller / 11-27-23

LF032  8/19



**Maryland REALTORS**

## NOTICE TO BUYER AND SELLER OF BUYER'S RIGHTS AND SELLER'S OBLIGATIONS UNDER MARYLAND'S SINGLE FAMILY RESIDENTIAL PROPERTY CONDITION DISCLOSURE LAW

ADDENDUM dated 09/09/2023 to the Contract of Sale
between Buyer Nerieth Alegria Pantoja
and Seller GARY L MOTTELER JR. LAURA E MOTTELER
for Property known as 100 SPESUTIA ROAD ABERDEEN MD 21001

NOTE: This notice does not apply to: (1) the initial sale of single family residential property which has never been occupied, or for which a certificate of occupancy has been issued within one year before the date of the Contract; (2) a transfer that is exempt from the transfer tax under Subsection 13-207 of the Tax-Property Article, except land installments contracts of sale under Subsection 13-207(a)(11) of the Tax-Property Article and options to purchase real property under Subsection 13-207(a)(12) of the Tax-Property Article; (3) a sale by a lender or an affiliate or subsidiary of a lender that acquired the real property by foreclosure or deed in lieu of foreclosure; (4) a sheriff's sale, tax sale, or sale by foreclosure, partition or by court appointed trustee; (5) a transfer by a fiduciary in the course of the administration of a decedent's estate, guardianship, conservatorship, or trust; (6) a transfer of single family residential real property to be converted by the buyer into a use other than residential use or to be demolished; or (7) a sale of unimproved real property.

Section 10-702 of the Real Property Article of the Annotated Code of Maryland ("Section 10-702") requires that a seller of a single family residential property ("the property") deliver to each buyer, on or before entering into a contract of sale, on a form published and prepared by the Maryland Real Estate Commission, EITHER:

(A) A written property condition disclosure statement listing all defects including latent defects, or information of which the seller has actual knowledge in relation to the following:

(i) Water and sewer systems, including the source of household water, water treatment systems, and sprinkler systems;
(ii) Insulation;
(iii) Structural systems, including the roof, walls, floors, foundation and any basement;
(iv) Plumbing, electrical, heating, and air conditioning systems;
(v) Infestation of wood-destroying insects;
(vi) Land use matters;
(vii) Hazardous or regulated materials, including asbestos, lead-based paint, radon, underground storage tanks, and licensed landfills;
(viii) Any other material defects, including latent defects, of which the seller has actual knowledge;
(ix) Whether the required permits were obtained for any improvements made to the property;
(x) Whether the smoke alarms:
   1. will provide an alarm in the event of a power outage;
   2. are over 10 years old; and
   3. if battery operated, are sealed, tamper resistant units incorporating a silence/hush button and use long-life batteries as required in all Maryland homes by 2018; and
(xi) If the property relies on the combustion of a fossil fuel for heat, ventilation, hot water, or clothes dryer operation, whether a carbon monoxide alarm is installed on the property.

"Latent defects" under Section 10-702 means material defects in real property or an improvement to real property that:

(i) A buyer would not reasonably be expected to ascertain or observe by a careful visual inspection, and
(ii) Would pose a threat to the health or safety of the buyer or an occupant of the property, including a tenant or invitee of the buyer;

OR

(B) A written disclaimer statement providing that:

(i) Except for latent defects of which the seller has actual knowledge, the seller makes no representations or warranties as to the condition of the real property or any improvements on the real property; and

Page 1 of 2  1/23
LF110

---

(ii) The buyer will be receiving the real property "as is," with all defects, including latent defects, that may exist, except as otherwise provided in the contract of sale of the property.

At the time the disclosure or disclaimer statement is delivered to you ("the buyer"), you are required to date and sign a written acknowledgement of receipt on the disclosure or disclaimer statement which shall be included in or attached to the contract of sale.

Section 10-702 further provides that a buyer who receives the disclosure or disclaimer statement on or before entering into a contract of sale does not have the right to rescind the contract based upon the information contained in the disclosure or disclaimer statement.

You are hereby notified that, in certain circumstances, you have the right to rescind your contract with the seller if the seller fails to deliver to you the written property condition disclosure or disclaimer statement. Section 10-702 provides that a buyer who does not receive the disclosure or disclaimer statement on or before entering into the contract has the unconditional right, upon written notice to the seller or seller's agent:

(i) To rescind the contract at any time before the receipt of the disclosure or disclaimer statement or within 5 days following receipt of the disclosure or disclaimer statement; and
(ii) To the immediate return of any deposits made on account of the contract.

Your right to rescind the contract under Section 10-702 terminates if not exercised before making a written application to a lender for a mortgage loan, if the lender discloses in writing at or before the time application is made that the right to rescind terminates on submission of the application or within 5 days following receipt of a written disclosure from a lender who has received your application for a mortgage loan, if the lender's disclosure states that your right to rescind terminates at the end of that 5 day period.

Your rights as a buyer under Section 10-702 may not be waived in the contract and any attempted waiver is void. Your rights as the buyer to terminate the contract under Section 10-702 are waived conclusively if not exercised before:

(i) Closing or occupancy by you, whichever occurs first, in the event of a sale; or
(ii) Occupancy, in the event of a lease with option to purchase.

The information contained in the property condition disclosure statement is the representation of the seller and not the representation of the real estate broker or sales person, if any. A disclosure by the seller is not a substitute for an inspection by an independent professional home inspection company. You should consider obtaining such an inspection. The information contained in a disclosure statement by the seller is not a warranty by the seller as to the condition of the property of which condition the seller has no actual knowledge or other condition, including latent defects, of which the seller has no actual knowledge. The seller is not required to undertake or provide an independent investigation or inspection of the property in order to make the disclosures required by Section 10-702. The seller is not liable for an error, inaccuracy or omission in the disclosure statement if the error, inaccuracy or omission was based upon information that was not within the actual knowledge of the seller or was provided to the seller by a third party as specified in Section 10-702(i) or (j).

You may wish to obtain professional advice about the property or obtain an inspection of the property.

The undersigned buyer(s) and seller(s) acknowledge receipt of this notice on the date indicated below and acknowledge that the real estate licensee(s) named below have informed the buyer(s) and the seller(s) of the buyer(s)' rights and the seller(s)' obligations under Section 10-702.

_Nerieth Alegria Pantoja_ (dotloop verified 11/25/23 8:29 PM EST ZWL-LXQH-VWRB-6BHL)  _Gary L Motteler Jr_  9-9-23
Buyer's Signature  Date  Seller's Signature  Date

_Laura E Motteler_  9-9-23
Buyer's Signature  Date  Seller's Signature  Date

_Daniel McGhee_ (dotloop verified 11/25/23 7:30 PM EST VBVL-IGCK-TNZV-FJQ5)  _Jeremy Webster_  9/9/23
Agent's Signature  Date  Agent's Signature  Date

Page 2 of 2  1/23

©Copyright 2023 Maryland REALTORS®. For use by REALTORS® members of Maryland REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior expressed written consent of Maryland REALTORS®.

LF110

---

## MARYLAND RESIDENTIAL PROPERTY DISCLOSURE AND DISCLAIMER STATEMENT

Property Address: 100 SPESUTIA ROAD ABERDEEN MD 21001
Legal Description:

### NOTICE TO SELLER AND PURCHASER

Section 10-702 of the Real Property Article, *Annotated Code of Maryland*, requires the seller of certain residential real property to furnish to the purchaser either (a) a RESIDENTIAL PROPERTY DISCLAIMER STATEMENT stating that the seller is selling the property "as is" and makes no representations or warranties as to the condition of the property or any improvements on the real property, except as otherwise provided in the contract of sale, or in a listing of latent defects; or (b) a RESIDENTIAL PROPERTY DISCLOSURE STATEMENT disclosing defects or other information about the condition of the real property actually known by the seller. Certain transfers of residential property are excluded from this requirement (see the exemptions listed below).

10-702. EXEMPTIONS. The following are specifically excluded from the provisions of §10-702:
1. The initial sale of single family residential property:
   A. that has never been occupied; or
   B. for which a certificate of occupancy has been issued within 1 year before the seller and buyer enter into a contract of sale;
2. A transfer that is exempt from the transfer tax under §13-207 of the Tax-Property Article, except land installment contracts of sale under §13-207(11) of the Tax-Property Article and options to purchase real property under §13-207(a)(12) of the Tax-Property Article;
3. A sale by a lender, or an affiliate or subsidiary of a lender, that acquired the real property by foreclosure or deed in lieu of foreclosure;
4. A sheriff's sale, tax sale, or sale by foreclosure, partition, or by court appointed trustee;
5. A transfer by a fiduciary in the course of the administration of a decedent's estate, guardianship, conservatorship, or trust;
6. A transfer of single family Residential Real Property to be converted by the buyer into a use other than residential use or to be demolished; or
7. A sale of unimproved real property.

Section 10-702 also requires the seller to disclose information about latent defects in the property that the seller has actual knowledge of. The seller must provide this information even if selling the property "as is." "Latent defects" are defined as: Material defects in real property or an improvement to real property that:

(1) A purchaser would not reasonably be expected to ascertain or observe by a careful visual inspection of the real property; and
(2) Would pose a direct threat to the health or safety of:
  (i) the purchaser; or
  (ii) an occupant of the real property, including a tenant or invitee of the purchaser.

### MARYLAND RESIDENTIAL PROPERTY DISCLOSURE STATEMENT

NOTICE TO SELLERS: Complete and sign this statement only if you elect to disclose defects, including latent defects, of which you have actual knowledge; otherwise, sign the Residential Property Disclaimer Statement. You may wish to obtain professional advice or inspections of the property; however, you are not required to undertake or provide any independent investigation or inspection of the property in order to make the disclosure set forth below. The disclosure is based on your personal knowledge of the condition of the property at the time of the signing of this statement.

NOTICE TO PURCHASERS: The information provided is the representation of the Sellers and is based upon the actual knowledge of Sellers as of the date noted. Disclosure by the Sellers is not a substitute for an inspection by an independent home inspection company, and you may wish to obtain such an inspection. The information contained in this statement is not a warranty by the Sellers as to the condition of the property of which the Sellers have no knowledge or other conditions of which the Sellers have no actual knowledge.

How long have you owned the property? _____

Property System: Water, Sewage, Heating & Air Conditioning (Answer all that apply)

| System | | | | | |
|---|---|---|---|---|---|
| Water Supply | ☐ Public | ☐ Well | ☐ Other _____ | | |
| Sewage Disposal | ☐ Public | ☐ Septic System approved for ___ (# bedrooms) | Other Type _____ | | |
| Garbage Disposal | ☐ Yes | ☐ No | | | |
| Dishwasher | ☐ Yes | ☐ No | | | |
| Heating | ☐ Oil | ☐ Natural Gas | ☐ Electric | ☐ Heat Pump | Age ___ ☐ Other ____ |
| Air Conditioning | ☐ Oil | ☐ Natural Gas | ☐ Electric | ☐ Heat Pump | Age ___ ☐ Other ____ |
| Hot Water | ☐ Oil | ☐ Natural Gas | ☐ Electric | Capacity ___ | Age ___ ☐ Other ____ |

LF112 MREC/DLLR: Rev 7/31/2018  Page 1 of 4

---

Please indicate your actual knowledge with respect to the following:

1. Foundation: Any settlement or other problems: ☐ Yes ☐ No ☐ Unknown
Comments: _____

2. Basement: Any leaks or evidence of moisture? ☐ Yes ☐ No ☐ Unknown ☐ Does Not Apply
Comments: _____

3. Roof: Any leaks or evidence of moisture? ☐ Yes ☐ No ☐ Unknown
Type of roof: _____ Age: _____
Is there any existing fire retardant treated plywood? ☐ Yes ☐ No ☐ Unknown
Comments: _____

4. Other Structural Systems, including Exterior Walls and Floors:
Comments: _____
Any Defects (structural or otherwise)? ☐ Yes ☐ No ☐ Unknown
Comments: _____

5. Plumbing System: Is the system in operating condition? ☐ Yes ☐ No ☐ Unknown
Comments: _____

6. Heating Systems: Is heat supplied to all finished rooms? ☐ Yes ☒ No ☐ Unknown
Comments: _____
Is the system in operating condition? ☐ Yes ☐ No ☐ Unknown
Comments: _____

7. Air Conditioning System: Is cooling supplied to all finished rooms? ☒ Yes ☐ No ☐ Unknown ☐ Does Not Apply
Comments: _____
Is the system in operating condition? ☐ Yes ☐ No ☐ Unknown ☐ Does Not Apply
Comments: _____

8. Electric Systems: Are there any problems with electrical fuses, circuit breakers, outlets or wiring?
☐ Yes ☐ No ☐ Unknown
Comments: _____

8A. Will the smoke detectors provide an alarm in the event of a power outage? ☐ Yes ☐ No
Are the smoke detectors over 10 years old? ☐ Yes ☐ No
If the smoke alarms are battery operated, are they sealed, tamper resistant units incorporating a silence/hush button, which use long-life batteries as required in all Maryland homes by 2018? ☐ Yes ☐ No
Comments: _____

9. Septic Systems: Is the septic system functioning properly? ☐ Yes ☐ No ☐ Unknown ☐ Does Not Apply
When was the system last pumped? Date: _____ ☐ Unknown
Comments: _____

10. Water Supply: Any problem with water supply? ☐ Yes ☐ No ☐ Unknown
Comments: _____
Home Water Treatment System: ☐ Yes ☐ No ☐ Unknown
Comments: _____
Fire Sprinkler System: ☐ Yes ☐ No ☐ Unknown ☐ Does Not Apply
Comments: _____
Are the systems in operating condition? ☐ Yes ☐ No ☐ Unknown
Comments: _____

11. Insulation:
In exterior walls? ☐ Yes ☐ No ☐ Unknown
In ceiling/attic? ☐ Yes ☐ No ☐ Unknown
In any other areas? ☐ Yes ☐ No ☐ Where: _____
Comments: _____

12. Exterior Drainage: Does water stand on the property for more than 24 hours after a heavy rain?
☐ Yes ☐ No ☐ Unknown
Comments: _____
Are gutters and downspouts in good repair? ☐ Yes ☐ No ☐ Unknown
Comments: _____

LF112 MREC/DLLR: Rev 7/31/2018  Page 2 of 4

## Page 3 of 4 (crossed out)

13. Wood-destroying Insects: Any infestation and/or prior damage: ☐ Yes ☐ No ☐ Unknown
Comments: _____
Any treatments or repairs? ☐ Yes ☐ No ☐ Unknown
Any warranties? ☐ Yes ☐ No ☐ Unknown
Comments: _____

14. Are there any hazardous or regulated materials (including, but not limited to licensed landfills, asbestos, radon gas, lead-based paint, underground storage tanks, or other contamination) on the property?
If yes, specify below. ☐ Yes ☐ No ☐ Unknown
Comments: _____

15. If the property relies on the combustion of a fossil fuel for heat, ventilation, hot water, or clothes dryer operation, is a carbon monoxide alarm installed in the property?
☐ Yes ☐ No ☐ Unknown
Comments: _____

16. Are there any zone violations, nonconforming uses, violation of building restrictions or setback requirements or any recorded or unrecorded easement, except for utilities, on or affecting the property?
If yes, specify below. ☐ Yes ☐ No ☐ Unknown
Comments: _____

16A. If you or a contractor have made improvements to the property, were the required permits pulled from the county or local permitting office?
☐ Yes ☐ No ☐ Does Not Apply ☐ Unknown
Comments: _____

17. Is the property located in a flood zone, conservation area, wetland area, Chesapeake Bay critical area or Designated Historic District?
☐ Yes ☐ No ☐ Unknown If yes, specify below.
Comments: _____

18. Is the property subject to any restriction imposed by a Homeowners Association or any other type of community association?
☐ Yes ☐ No ☐ Unknown If yes, specify below.
Comments: _____

19. Are there any other material defects, including latent defects, affecting the physical condition of the property?
☐ Yes ☐ No ☐ Unknown
Comments: _____

NOTE: Seller(s) may wish to disclose the condition of other buildings on the property on a separate RESIDENTIAL PROPERTY DISCLOSURE STATEMENT.

The seller(s) acknowledge having carefully examined this statement, including any comments, and verify that is complete and accurate as of the date signed. The seller(s) further acknowledge that they have been informed of their rights and obligations under §10-702 of the Maryland Real Property Article.

Seller(s) _____ Date _____
Seller(s) _____ Date _____

The purchaser(s) acknowledge receipt of a copy of this disclosure statement and further acknowledge that they have been informed of their rights and obligations under §10-702 of the Maryland Real Property Article.

Purchaser _____ Date _____
Purchaser _____ Date _____

LF112 MREC/DLLR: Rev 7/31/2018 — Page 3 of 4

---

## MARYLAND RESIDENTIAL PROPERTY DISCLAIMER STATEMENT

NOTICE TO SELLER(S): Sign this statement only if you elect to sell the property without representation and warranties as to its condition, except as otherwise provided in the contract of sale and in the listing of latent defects set forth below; otherwise, complete and sign the RESIDENTIAL PROPERTY DISCLOSURE STATEMENT.

Except for the latent defects listed below, the undersigned seller(s) of the real property make no representations or warranties as to the condition of the real property or any improvements thereon, and the purchaser will be receiving the real property "as is" with all defects, including latent defects, which may exist, except as otherwise provided in the real estate contract of sale. The seller(s) acknowledge having carefully examined this statement and further acknowledge that they have been informed of their rights and obligations under §10-702 of the Maryland Real Property Article.

Section 10-702 also requires the seller to disclose information about latent defects in the property that the seller has actual knowledge of. The seller must provide this information even if selling the property "as is." "Latent defects" are defined as: Material defects in real property or an improvement to real property that:
(1) A purchaser would not reasonably be expected to ascertain or observe by a careful visual inspection of the real property; and
(2) Would pose a direct threat to the health or safety of:
   (i) the purchaser; or
   (ii) an occupant of the real property, including a tenant or invitee of the purchaser.

Does the seller(s) has actual knowledge of any latent defects: ☒ Yes ☐ No If yes, specify

*Small roof leak in master bedroom closet. Seller is currently working on repairs.*

GLM  [initials]

Seller _Gary L Mottler_____ Date _9-9-23_
Seller _Laura E Mottler_____ Date _9-9-23_

The purchaser(s) acknowledge receipt of a copy of this disclaimer statement and further acknowledge that they have been informed of their rights and obligations under §10-702 of the Maryland Real Property Article.

Purchaser _Nerieth Alegria Pantoja_ Date _11/26/23_
Purchaser _____ Date _____

LF112 MREC/DLLR: Rev 7/31/2018 — Page 4 of 4

---

## MARYLAND LEAD POISONING PREVENTION PROGRAM DISCLOSURE

Property Address: 100 SPESUTIA ROAD, ABERDEEN, MD 21001

MARYLAND LEAD POISONING PREVENTION PROGRAM DISCLOSURE: Under the Maryland Lead Poisoning Prevention Program (the "Maryland Program"), any leased residential dwelling constructed prior to 1978 is required to be registered with the Maryland Department of the Environment (MDE). Detailed information regarding compliance requirements may be obtained at: http://mde.maryland.gov/programs/Land/LeadPoisoningPrevention/Pages/index.aspx

1. Seller hereby discloses that the Property was constructed prior to 1978;

AND

The Property ___/___ is or _GLM_/_LM_ is not registered in the Maryland Program. (Seller to initial applicable line).

2. If the Property was constructed prior to 1978 and Buyer intends to lease the Property effective immediately following settlement or in the future, Buyer is required to register the Property with the Maryland Department of the Environment within thirty (30) days following the date of settlement or within thirty (30) days following the conversion of the Property to rental property as required by the Maryland Program. Buyer is responsible for full compliance under the Maryland Program, including but not limited to, registration; inspections; lead-paint risk reduction and abatement procedures; payment of all fees, costs and expenses; and the notice requirements to tenants.

3. If the Property is registered under the Maryland Program as indicated above, Seller further discloses to Buyer that an event as defined under the Maryland Program (including, but not limited to, notice of the existence of lead-based paint hazards or notice of elevated blood lead levels from a tenant or state, local or municipal health agency) (Seller to initial applicable line)
___ has; or ___ has not occurred, which obligates Seller to perform either the modified or full risk reduction treatment of the Property as required under the Maryland Program. If an event has occurred that obligates Seller to perform either the modified or full risk reduction treatment of the Property, Seller hereby discloses the scope of such treatment

If such event has occurred, Seller (Seller to initial applicable line) ___/___ will; OR ___/___ will not perform the required treatment prior to transfer of title of the Property to Buyer.

ACKNOWLEDGEMENT: Buyer acknowledges by Buyer's initials that Buyer has read and understands the above Paragraphs.
_NAP_ (BUYER)

CERTIFICATION OF ACCURACY: The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

Seller: Gary L Mottler  9-9-23
Seller: Laura E Mottler  9-9-23
Buyer: Nerieth Alegria Pantoja  11/26/23

Seller's Agent: Jeynne Webster  9/9/23
Buyer's Agent: Daniel McGhee  11/26/23

©Copyright 2017 Maryland Association of REALTORS®, Inc.
LF1761M  10/17

---

## Disclosure of Information on Lead-Based Paint and Lead-Based Paint Hazards SALES

For the sale of Property at: 100 SPESUTIA ROAD, ABERDEEN MD 21001

I. SELLER REPRESENTS AND WARRANTS TO LONG & FOSTER, INTENDING THAT SUCH BE RELIED UPON REGARDING THE ABOVE PROPERTY, THAT (each Seller initial ONE of the following and state Year Constructed):
____ Property (all portions) was constructed after January 1, 1978. (If initialed, complete section V only.)
_GLM_ _LM_ Property (any portion) was constructed before January 1, 1978. (If initialed, complete all sections.) Year Constructed: 1950
____ Seller is unable to represent and warrant the age of the property. (If initialed, complete all sections.)

SELLER AGREES TO COMPLY WITH REQUIREMENTS OF THE FEDERAL RESIDENTIAL LEAD-BASED PAINT HAZARD REDUCTION ACT OF 1992.

**Lead Warning Statement**
Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.

II. Seller's Disclosure (each Seller complete items 'a' and b' below)
a. Presence of lead-based paint and/or lead-based paint hazards (Initial and complete (i) or (ii) below):
(i) ____ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain)
(ii) _GLM_ _LM_ Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.
b. Records and reports available to the Seller (Initial and complete (i) or (ii) below):
(i) ____ Seller has provided the purchaser with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below)
(ii) _GLM_ _LM_ Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

III. Purchaser's Acknowledgment (each Purchaser Initial and complete items c, d, e and f below)
c. _NAP_ Purchaser has read the Lead Warning Statement above.
d. _NAP_ Purchaser has received copies of all information listed above. ☐ (If none listed, check here.)
e. _NAP_ Purchaser has received the pamphlet Protect Your Family from Lead in Your Home.
f. Purchaser has (each Purchaser initial (i) or (ii) below):
(i) _NAP_ Received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.
(ii) ____ Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

IV. Agent's Acknowledgment (Initial item 'g' below)
g. _JW_ Agent has informed the Seller of the Seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

V. Certification of Accuracy
The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

Seller: Gary L Mottler  9-9-23
Seller: Laura E Mottler  9-9-23
Purchaser: Nerieth Alegria Pantoja  11/26/23

Agent: Jeynne Webster  9/9/23
Agent: Daniel McGhee  11/26/23

LF059  7/04

## DISCLOSURE OF INCLUSIONS/EXCLUSIONS, LEASED ITEMS, AND UTILITIES ADDENDUM

Maryland REALTORS

UPON EXECUTION BY BUYER AND SELLER, THIS DOCUMENT WILL BECOME AN ADDENDUM TO THE CONTRACT OF SALE
SELLER'S DISCLOSURE made on 09/09/2023 . ADDENDUM to Contract of Sale dated 09/09/2023
between Buyer Nerieth Alegria Pantoja
and Seller GARY L MOTTELER JR. LAURA E MOTTELER
for Property known as 100 SPESUTIA ROAD ABERDEEN, MD 21001

1. INCLUSIONS/EXCLUSIONS. Included in the purchase price are all permanently attached fixtures, including all smoke detectors (and, carbon monoxide detectors, as applicable). Certain other now existing items which may be considered personal property, whether installed or stored upon the property, are included if box below is checked.

- ☐ Alarm System
- ☒ Ceiling Fan(s) #
- ☐ Central Vacuum
- ☐ Clothes Dryer
- ☐ Clothes Washer
- ☐ Cooktop
- ☒ Dishwasher
- ☐ Drapery/Curtain Rods
- ☐ Draperies/Curtains
- ☐ Electronic Air Filter
- ☐ Exhaust Fan(s) #
- ☒ Exist. WW Carpet
- ☐ Fireplace Screens/Doors
- ☐ Fireplace Equipment
- ☐ Freezer
- ☐ Furnace Humidifier
- ☐ Garage Opener(s) #
- ☐ Garage remote(s) #
- ☐ Garbage Disposal
- ☐ Hot Tub, Equip. & Cover
- ☐ Intercom
- ☒ Microwave
- ☐ Playground Equipment
- ☐ Pool, Equip. & Cover
- ☐ Refrigerator(s) #
- ☐ w/Ice maker
- ☐ Satellite Dish
- ☒ Screens
- ☐ Shades/Blinds
- ☐ Storage Shed(s) #
- ☐ Storm Doors
- ☐ Storm Windows
- ☒ Stove or Range
- ☐ T.V. Antenna
- ☐ Trash Compactor
- ☐ Wall Mount T.V. Brackets
- ☐ Wall Oven(s) #
- ☐ Water Filter
- ☐ Water Softener
- ☐ Window A/C Unit(s) #
- ☐ Window Fan(s) #
- ☐ Wood Stove

ADDITIONAL INCLUSIONS (SPECIFY): _____
ADDITIONAL EXCLUSIONS (SPECIFY): _____

2. LEASED ITEM(S) INCLUDED:
- ☐ Fuel Tank(s)
- ☐ Solar Panels
- ☐ Alarm System
- ☐ Water Treatment System
- ☐ Other _____
- ☐ Other _____
- ☐ Other _____
- ☐ Other _____

ADDITIONAL TERMS AND/OR INFORMATION REGARDING LEASED ITEM(S):

3. UTILITIES. WATER, SEWAGE, HEATING, AND AIR CONDITIONING (check all that apply):
- Water Supply: ☒ Public ☐ Well
- Sewage Disposal: ☒ Public ☐ Septic ☐ Other
- Heating: ☒ Gas ☐ Electric ☐ Oil ☐ Heat Pump ☐ Other
- Hot Water: ☐ Gas ☒ Electric ☐ Oil ☐ Other
- Air Conditioning: ☐ Gas ☒ Electric ☐ Other

Utility Service Providers: _____

All other terms and conditions of the Contract of Sale remain in full force and effect.

Nerieth Alegria Pantoja — Buyer Signature — Date (dotloop verified 11/06/23 8:29 PM EST)
Seller Signature: Gary L Motteler — 9-9-23
Seller Signature: Laura E Motteler — 9-9-23

©Copyright 2023 Maryland REALTORS®.
Page 1 of 1 1/23

---

## NOTICE AND DISCLOSURE OF DEFERRED WATER AND SEWER CHARGES

Maryland REALTORS

Contract of Sale between Buyer Nerieth Alegria Pantoja
and Seller GARY L. MOTTELER JR. LAURA E MOTTELER
for Property known as 100 SPESUTIA ROAD ABERDEEN MD 21001

Pursuant to Section 14-117(a)(5) of the Real Property Article of the Annotated Code of Maryland, the following Notice applies to the resale of residential real property that is served by public water or wastewater facilities for which deferred water and sewer charges have been established by a recorded covenant or declaration. This law does not apply in a county that has adopted a disclosure requirement that is substantially similar to the disclosure requirements under this law.

### NOTICE REQUIRED BY MARYLAND LAW REGARDING DEFERRED WATER AND SEWER CHARGES

THIS PROPERTY IS SUBJECT TO A FEE OR ASSESSMENT THAT PURPORTS TO COVER OR DEFRAY THE COST OF INSTALLING OR MAINTAINING DURING CONSTRUCTION ALL OR PART OF THE PUBLIC WATER OR WASTEWATER FACILITIES CONSTRUCTED BY THE DEVELOPER. THE FEE OR ASSESSMENT IS $ 0.00 , PAYABLE (annually, quarterly, monthly, etc.) N/A
UNTIL (DATE) _____
TO (NAME & ADDRESS) N/A

(HEREAFTER CALLED "LIENHOLDER").
THERE MAY BE A RIGHT OF PREPAYMENT OR A DISCOUNT FOR EARLY PREPAYMENT, WHICH MAY BE ASCERTAINED BY CONTACTING THE LIENHOLDER. THIS FEE OR ASSESSMENT IS A CONTRACTUAL OBLIGATION BETWEEN THE LIENHOLDER AND EACH OWNER OF THIS PROPERTY, AND IS NOT IN ANY WAY A FEE OR ASSESSMENT IMPOSED BY THE COUNTY IN WHICH THE PROPERTY IS LOCATED.

If a Seller subject to this law fails to comply:
(a) Prior to settlement, Buyer is entitled to rescind in writing the sales contract without penalty or liability. On rescission, Buyer is also entitled to the full return of any deposits made on account of the sales contract. If any deposits are held in trust by a licensed real estate broker, the return of the deposits to a Buyer under this law shall comply with the procedures under § 17-505 of the Business Occupations and Professions Article of the Annotated Code of Maryland. Buyer's right of rescission shall terminate five days after Seller provides to Buyer written notice in accordance with this requirement; and
(b) After settlement, Seller shall be liable to Buyer for the full amount of any fee or assessment not disclosed, unless Seller was never charged a fee or assessment to defray the costs of public water or wastewater facilities by the developer, a successor of the developer, or a subsequent assignee.

All other terms and conditions of the Contract of Sale remain in full force and effect.

Nerieth Alegria Pantoja — Buyer Signature — Date (dotloop verified 11/06/23 8:29 PM EST)
Seller Signature: Gary L Motteler — 9.9.23
Seller Signature: Laura E Motteler — 9-9-23

©Copyright 2017 Maryland REALTORS®, Inc.
LF315DC 10/17

---

## HARFORD COUNTY NOTICES ADDENDUM
(For use with Maryland REALTORS® Residential Contract of Sale)

ADDENDUM NUMBER: _____ To Contract of Sale dated 09/09/23

BUYER(S): Nerieth Alegria Pantoja
SELLER(S): GARY L MOTTELER JR. LAURA E MOTTELER

1. **MASTER LAND USE PLAN.**
Buyer is hereby advised that the Property or the area in which the Property is located may be affected by provisions of the current Harford County Master Land Use Plan. You may wish to review the Master Plan. A Real Estate Broker is required to display a copy of the County Land Use Map in each sales office the broker maintains in the County. To become fully informed of current and future land use plans, facilities plans, public works plans or school plans, you should consult the appropriate Harford County agency for information regarding such plans. Contact Harford County Department of Planning & Zoning at 220 South Main Street, Bel Air, Maryland 21014, Phone 410-638-3103, or visit their website at http://www.HarfordCountyMD.gov.

2. **AGRICULTURAL OPERATIONS.**
AG Agricultural District is a zoning District in the Harford County Zoning Code. The purpose of this district is to provide for continued farming activities, conserve agricultural land and reaffirm agricultural uses, activities and operations within the agricultural zoned areas. It is the further purpose of this district to maintain and promote the rural character of this land as well as promote the continuance and viability of the farming and agricultural uses. The operation of machinery, when used for agricultural purposes, is permitted at any time. Low-density residential development is also permitted use in the Agricultural District. An agricultural operation, facility or any of its appurtenances, is not, by its location or existence alone, considered a public or private nuisance.

3. **HARFORD COUNTY HEALTH DEPARTMENT.**
It is recommended that any person concerned about wells or septic systems, contact the Harford County Health Department for information. The Health Department strongly recommends, where drilled wells exist on properties involving real estate transactions, that pump tests for yields be conducted on these wells. The Health Department recommends that any private water supply involved in a real estate transaction be tested for potability. After July 1, 1999, every person engaged in the business of inspecting an on-site sewage disposal system for a transfer of property must certify to the Department of the Environment that the person has completed a course of instruction approved by the Department, in the proper inspection of on-site sewage disposal systems. Contact the Harford County Health Department, 120 S. Hays Street, Bel Air, Maryland 21014. Phone 410-838-1500 or visit their web site at http://www.HarfordCountyHealth.com.

4. **NATURAL AREAS.**
The use of a property may be restricted by Natural Resource Districts and Forest Retention Areas as shown on the recorded subdivision plat. These are non-disturbance areas on a property to be left in their natural state. Disturbance activities include mowing, grading, or construction of accessory structures. Contact Harford County Planning and Zoning at 410-638-3103 or visit their website at http://www.HarfordCountyMD.gov/PlanningZoning

5. **HARFORD COUNTY BOARD OF EDUCATION.**
The Harford County Board of Education believes that it is in the best interest of students for the system to balance enrollments with capacities in order to: assure the quality of educational experiences; provide consistency in curriculum, instruction, and programs; maintain safe schools and promote the uniform and efficient use of school facilities and resources. With the advice of the Superintendent, the Board of Education annually reviews options for better matching school enrollments with the established state rated school capacities. Contact the Harford County Board of Education at 102 S. Hickory Avenue, Bel Air, MD 21014, 410-838-7300 or visit their website at http://www.HCPS.org.

6. **ENVIRONMENTAL NOTICE.**
It is the responsibility of the Buyer to determine for himself/herself the presence and/or significance of potentially environmentally hazardous activities on or about a property. Listed are certain phone numbers which may assist Buyer in his/her investigation of the possibility of existence of such environmentally hazardous materials and activities:
Maryland Department of the Environment (410) 537-3000
Harford County Health Department (410) 838-1500
Maryland Department of Health (410) 767-6500
Environmental Info. For Aberdeen Proving Grounds (410) 272-8842

7. **HISTORIC LANDMARK.**
Buyer is responsible for determining whether the property has been designated as a Harford County Historic Landmark. A Certificate of Appropriateness is required from the Historic Preservation Commission prior to the issuance of any building or demolition permit that affects the exterior architectural appearance of any such designated landmark or property within a historic district. In considering an application for such permits or a Certificate of Appropriateness, the Commission is guided by the United States Secretary of the Interior's standards for historic preservation projects. Contact the Department of Planning and Zoning at 410-638-3103 or the Historic Preservation Commission, c/o Department of Planning and Zoning, 220 South Main Street, Bel Air, MD 21014, for more information.

8. **PERMITS.**
Any person concerned if proper permits were obtained from improvements to a property or to apply for a permit, should contact Harford County Permit Center at http://www.HarfordCountyMD.gov/1107/Permits-Licenses located at 220 South Main Street, Bel Air, MD 21014, or call 410-638-3122 for more information.

LF1752 October 2018 — Page 1 of 3
LF1752 October 2018 — Page 2 of 3

9. **SPECIAL TAXING DISTRICTS.**
Sellers are responsible to disclose to buyers if the property being transferred is included in a "Special Taxing District" and the amount of any such tax. Beechtree Estates is a known "Special Taxing District" at Stepney Road and Philadelphia Road in Abingdon, 21009. A copy of the legislation is available at
http://hcgweb01.harfordcountymd.gov/weblink/0/edoc/5612006/Bill%20No.%2010-010.pdf
or you may call Harford County Government at 410-638-3000.

10. **SPECIAL AREA LEASING DOCUMENTS.**
Buyers considering leasing property within Bulle Rock, Havre de Grace, MD may be required to use specific lease agreements, pay certain fees, and complete other documents for the Bulle Rock Community Association. The Bulle Rock Community Association may be contacted at 410-942-1491 to obtain the most recent documents.

_Nerieth Alegria Pantoja_ (dotloop verified 11/26/23 8:29 PM EST) — Buyer / Date
_____ — Buyer / Date
_Gary L Motteler Jr._ 9-9-23 — Seller / Date
_Laura E Motteler_ 9-9-23 — Seller / Date



©Copyright 2018 Harford County Association of REALTORS®. For use by REALTOR® members of Harford County Association of REALTORS® only. Except as negotiated by the parties to the Contract, this form may not be altered or modified in any form without the prior expressed written consent of the Harford County Association of REALTORS®. The Association, its members and employees, assume no responsibility if this form fails to protect the interest of any party. Each party should secure its own legal, tax, financial or other advice.

LF1752 October 2018 — Page 3 of 3

---

## GENERAL ADDENDUM TO CONTRACT OF SALE
FOR USE WITH THE MARYLAND ASSOCIATION OF REALTORS® RESIDENTIAL CONTRACT OF SALE FORM

Addendum Number _____ to Contract of Sale (the "Contract") dated **09/09/23**
Buyer(s)/Tenant(s): **Nerieth Alegria Pantoja**
Seller(s)/Owner(s): **GARY L MOTTELER JR.** , **LAURA E MOTTELER**
Property: **100 SPESUTIA ROAD** **ABERDEEN**, MD **21001**

1. **LEGAL REQUIREMENT:** A Contract for the sale of real property is required to be in writing to be enforceable under the laws of the State of Maryland. Once signed by the parties, the Contract becomes a legally binding agreement. The original terms of the Contract can only be altered thereafter with the agreement of the parties expressed in writing. All parties have the right to be represented by an attorney and are encouraged to seek competent advice if they do not understand any term(s) of the Contract. The broker/agent is required to promptly submit all written Contract offers to the Seller.

2. **INTENDED USE:** The use of a particular property may be limited or restricted as a result of zoning laws, local ordinances or restrictive covenants applicable to the property. The Contract of Sale form provided by the broker/agent is designed and intended for use only in the purchase and sale of single-family residences or unimproved residential property. If Buyer intends to use a property for any other purpose, the standard Contract of Sale form may not adequately serve to protect Buyer's interests without the addition of an appropriate clause or addendum conditioning the Contract offer upon a determination that Buyer's intended use of the Property will be permitted.

3. **SETTLEMENT:** All persons to be in title and/or responsible where a mortgage is to be created should be present at the time of settlement and may be required to provide proper identification. Prior to settlement, a lender normally requires that Buyer obtain and provide a fully paid homeowner's insurance policy, a termite inspection report, and various certifications which may be applicable to improved properties. Buyer should be prepared at the time of settlement to pay the settlement costs and the balance due under the Contract. Buyer must provide cash, wired funds, bank check or certified check for amounts to be paid at settlement. In some cases, Seller may be required to provide funds in excess of the sales proceeds in order for settlement to occur, in which event, Seller also should be prepared to make payment in an approved form. Any party uncertain of the amount required at settlement should make inquiry of the title company or settlement attorney prior to settlement. Buyer should establish gas, electric and water service in Buyer's name commencing the day of settlement.

4. **GROUND RENT:** If a Property is subject to an existing ground rent as provided in a lease recorded among the Land Records, or if a ground rent is to be created, Seller will make those disclosures required by law by an appropriate additional clause or addendum to the Contract.

5. **RENTAL:** If any portion of the Property is to be rented to tenants by Buyer, the local government may require that the Property be registered prior to any rental and a yearly registration fee may be assessed by the local government. You may call the appropriate government office for further information. If the Property is now or has been rented to tenants, local laws may give the tenants certain rights to purchase the Property. These rights are set forth in the Contract. Effective October1, 1994, certain disclosures are required regarding the presence of lead paint in certain rental properties.

6. **EQUAL HOUSING OPPORTUNITY:** A REALTOR® is required by federal, state and local law, and the Code of Ethics of the National Association of REALTORS® to treat all parties in a non-discriminatory manner without regard to race, color, creed, age, religion, national origin, sex, marital status, familial status, physical or mental disability, occupation, sexual orientation or preference, or other protected classifications under Fair Housing Laws.

7. **HOMEOWNER ASSOCIATIONS/CONDOMINIUMS:** If a Property is part of a development subject to the imposition of mandatory fees as defined by the Maryland Homeowners Association Act, and/or a condominium unit, Seller will make the required disclosures by an appropriate addendum to the Contract.

8. **COVENANTS AND RESTRICTIONS AFFECTING PROPERTY:** A majority of homes, whether new or re-sale, located in a subdivision are subject to certain restrictions applicable to the use of the Property as well as the construction of certain improvements to the Property. Such restrictions are referred to as covenants and, in the case of Property subject to a Homeowners Association or Condominium Association, the covenants are contained in a Declaration of Covenants and Restrictions as well as the Bylaws of the Association. However, many properties are also subject to covenants even though the Property is not subject to a Homeowners Association or Condominium Association. Buyers are encouraged to inquire as to any covenants and restrictions which may be applicable to the Property which is being considered for purchase.

9. **PRIVATE AGREEMENTS:** Some communities may be subject to agreements, covenants or restrictions relating to the cost of certain maintenance items, restricting the use of properties or dealing with other matters. For example, properties sharing a driveway are often subject to such agreements. These private agreements do not fall within the required disclosures of HOA or condominium laws and may or may not be recorded. Buyer should make inquiries of Seller prior to or at the time of Contact.

LF151 - GBBR FORM 3815 Rev. 9/2012
PAGE 1 OF 3

---

10. **WETLANDS, WATERWAYS AND/OR FLOOD PLAINS:** Buyer is advised that, if all or a portion of the Property has wetlands and/or waterways or is located in a designated flood plain, the approval of the U.S. Army Corps of Engineers (the "Corps"), the Maryland Department of Natural Resources and other federal, state or local agencies may be necessary before a building permit for either new construction or expansion or improvement of the Property can be issued. Additionally, the future use of existing improved property may be restricted due to the presence of waterways, wetlands, and/or flood plains. Information as to wetlands, waterways and/or flood plains can be obtained from the District Office of the Corps at (410) 962-3670, the Maryland Department of Natural Resources at 1-877-620-BDNR (8367) or the Office of Planning and Zoning of the county or city in which the Property is situated. The Buyer expressly assumes the risk that the Property may be subject to restrictions due to the presence of waterways, wetland, and/or flood designations.

11. **REFORESTATION:** (Note: Applicable to property containing 40,000 or more square feet of land.) Buyer is hereby advised that if Buyer intends to apply for subdivision or site plan approval or a grading or sediment control permit upon the Property, applicable City or County law may require as a condition of such approval that Buyer submit plans acceptable to the City/County for establishing new tree cover, planting trees to replace forest which has been recently removed, and conserving the cutting and clearing of trees in accordance with applicable laws and regulations.

12. **CHESAPEAKE BAY CRITICAL AREA:** If all or a portion of a Property is located within 1,000 feet of tidal waters of the Chesapeake Bay, there may be restrictions on the use and/or development of the Property. Additional information regarding the Chesapeake Bay Critical Areas is available from the Critical Areas Program established by the local government of each county in Maryland and Baltimore City.

13. **BWI AIRPORT NOTICE:** Some properties may be located in the Baltimore/Washington International Airport Noise Zone. A Buyer desiring to obtain a copy of Noise Zone Maps may do so by calling the Office of Noise, Real Estate and Land Use Compatibility at 410-859-7375 or email maanoiseabatement@mdot.state.md.us . Information regarding the location of other airports and their operations may be obtained by calling the local zoning office for the area in which the Property is located.

14. **INSURANCE:** Buyer acknowledges that, as a condition of making a mortgage loan, lenders may require proof of hazard insurance coverage and may also require flood insurance coverage.

15. **PROPERTY CONDITION (HOME INSPECTION):** If the appropriate contingency is included in the Contract, home inspection firms may be employed to inspect the condition of the Property, including central heating and cooling systems and components, plumbing and electrical systems and components, the roofing, exterior and interior walls, ceilings and floors, foundation and/or basement (including chronic water penetration). If the Property is part of a condominium, Buyer's rights include access to the common areas to perform the inspection.

16. **PRIVATE WATER AND SEWAGE SYSTEMS:** Many properties are serviced by wells and/or private water and/or sewage systems. Local laws or lenders may require various tests and/or inspections. If the Property is serviced by any such system, this should be addressed by a separate addendum to the Contract.

17. **ENVIRONMENTAL CONSIDERATIONS; HAZARDOUS MATERIALS:** There are many hazardous materials that could affect a Property. The Brokers and their agents will generally have no knowledge of these hazardous materials and do not have the technical expertise to ascertain or advise you of the presence or significance of these hazardous materials. Buyer has the right to request, as a condition of an offer and, subject to acceptance by the Seller, the employment of a specialist of Buyer's choice to provide an analysis of hazardous materials which may be present. Hazardous materials inside the home can include, but are not limited to, cleaning chemicals, paint, asbestos, radon, lead paint, petroleum products, lawn and garden chemicals and indoor air pollutants that can accumulate. Hazardous materials outside the home can include, but are limited to, those found in contaminated land, water, landfills and other disposal sites, industrial air and water emissions, radiation from high tension wires, and those which may be present in underground storage tanks. Generally, additional information pertaining to these materials is available from the Maryland Department of the Environment (MDE) at (410) 537-3000.

18. **FIRE-RETARDANT TREATED PLYWOOD:** The use of fire-retardant treated (FRT) plywood as roof sheathing may result in the loss of wood strength through thermal degradation. The extent of such degradation depends upon the particular fire-retardant treatment used as well as the temperature levels and the degree of moisture present in the roof and attic systems. Additional information regarding FRT plywood is available from the National Association of Homebuilders at (800) 368-5242. For information as to whether a Property was constructed with FRT plywood, Buyer may contact the local Department of Building Inspections and Permits and/or request that a home inspector determine the condition of FRT plywood if present.

19. **RADON:** The MDE and the U.S. Environmental Protection Agency (EPA) have found levels of naturally occurring radon in some areas of Maryland that exceed the levels considered acceptable by the EPA. Studies have shown that extended exposure to high levels of radon can adversely affect your health. Radon testing firms in the area have special equipment to detect elevated levels of radon on a Property. They can also recommend actions to be taken to decrease concentrations of radon to an acceptable level. Buyer is advised to contact the Center for Radiological Health at the MDE at (410) 537-3000 for further information on radon.

20. **LEAD PAINT:** The MDE has found that many homes built before 1978 contain lead paint, the ingestion of which can be particularly dangerous. The potential dangers of lead paint may be greatly exacerbated by repairs and renovations performed without the assistance of a qualified lead paint removal specialist. Buyer is advised to contact the Lead Paint Poisoning Prevention Division of the MDE at (410) 537-3000 for further information on lead paint. Specialists are available to determine if lead paint has been used in a Property. In some cases, lead paint inspection may be mandatory.

LF151 - GBBR FORM 3815 Rev. 9/2012
PAGE 2 OF 3

---

21. **ASBESTOS:** Asbestos has been used in residential property for insulation, fireproofing, acoustical, decorative and other purposes. Common uses of asbestos include insulation around boilers and pipes, surfacing material, ceiling and floor tiles, roofing material, wallboard, and cement pipe. Improper handling or removal of asbestos during renovations or repairs may damage the asbestos and cause asbestos particles to become airborne, potentially causing health risks. Buyer is advised to contact the MDE at (410) 537-3000 for further information on asbestos.

22. **AVAILABILITY OF LIMITED WARRANTY:** A Limited Warranty may be available for purchase through a Broker. Such a Limited Warranty may provide, subject to the terms and conditions of the Limited Warranty, compensation in the event certain named components and/or appliances become inoperable or fail during a specified period of time (usually one year from settlement).

23. **NEWLY CONSTRUCTED RESIDENCES:** a) New Home Warranty Plan: If a Property is a newly constructed dwelling, Maryland law requires that Seller/Builder provide Buyer with a written statement concerning the presence or absence of a New Home Warranty (addendum will be attached); b) Insulation: Seller/Builder must inform Buyer of the location, type and thickness (R Factor) of insulation used in the walls and roof of the newly constructed residence; c) Water/Sewer Service: a Property may be subject to a fee or assessment which purports to cover or defray the cost of installing or maintaining all or part of the public water or waste water facilities serving a subdivision. This fee or assessment may be payable annually. Seller will provide Buyer with a detailed written disclosure of the amount of the fee, the duration of the fee, and any right to prepay or discount the fee.

24. **CERTIFICATIONS:** Depending upon the type of mortgage applied for by Buyer, lenders may require certain certifications that relate to a Property or require inspections/appraisals that certify that a Property is free of specific hazards or conditions.

25. **FHA PREPAYMENT:** FHA regulations specify that if the loan is paid in full on the first day of a month, interest for that month is not payable, but if the loan is paid in full on any day other than the first day of a month, interest may be payable through the end of that month.

26. **NOTICES/FAX TRANSMISSIONS:** Unless otherwise provided herein or in another Addendum, any notice to Buyer shall be effective when delivered to Buyer or an agent of Buyer, and any notice to Seller shall be effective when delivered to Seller or an agent of Seller. Notices under the Contract shall be in writing, and may be hand-delivered, mailed or transmitted by an electronic medium which produces a tangible copy. An electronic copy of a signed offer, acceptance, addendum or notice shall be deemed the equivalent of the original document. While not required, it is suggested that documents with original manual signatures of the parties be forwarded to Buyer and Seller in accordance with the Contract.

_Nerieth Alegria Pantoja_ (dotloop verified 11/26/23 8:29 PM EST) _____ (SEAL)
Date — Buyer(s)/Tenant(s)

_____ _____ (SEAL)
Date — Buyer(s)/Tenant(s)

9-9-23 — _Gary L Motteler_ (SEAL)
Date — Seller(s)/Owner(s)

9-9-23 — _Laura E Motteler_ (SEAL)
Date — Seller(s)/Owner(s)

This form has been prepared for the sole use of the following Boards/Associations of REALTORS® and their members. Each Board/Association, including its members and employees, assumes no responsibility if this form fails to protect the interests of any party. Each party should secure its own legal, tax, financial and other advice.

The Greater Baltimore Board of REALTORS®, Inc.   Harford County Association of REALTORS®, Inc.
Carroll County Association of REALTORS®, Inc.   Howard County Association of REALTORS®, Inc.

LF151 - GBBR FORM 3815 REVISED 10/2012 ©2012 The Greater Baltimore Board of REALTORS®, Inc.

PAGE 3 OF 3

 



## CROSSCOUNTRY MORTGAGE™ — PRE-APPROVAL LETTER

Nerieth Alegria Pantoja
1417 Elmtree St
Baltimore MD 21226

This pre-approval is valid for 90 days from: **November 26, 2023**

**Congratulations Nerieth Alegria Pantoja!**

You have been pre-approved for a residential mortgage loan. Your actual rate, payment and costs could be higher. Get an official Loan Estimate before choosing a loan.

Here are the preliminary terms for the pre-approval of your home purchase loan:

Purchase Price (up to): $219,000.00
Loan Amount: $175,200.00
Down Payment: 20.000%
Loan Type & Term: Conventional 360
Loan Amortization: Fixed
Loan-to-Value: 80.000%
Combined Loan-to-Value: 80.000%
Property Type: Detached

### We're ready when you are!
To continue your homebuying journey, we will need the following items for underwriting submission and review:

> Signed loan application
> Fully executed sales contract
> Satisfactory appraisal ordered by CrossCountry Mortgage, LLC
> Documentation necessary to resolve any outstanding underwriting conditions after initial underwriting review
> Valid homeowners or condo insurance policy
> A satisfactory title commitment

### We have reviewed the following:

> Your in-file credit report and credit scores
> Results from our automated underwriting system

Thank you for the opportunity to serve you for all of your home financing needs.
Should you have any questions about this pre-approval letter or your application, please contact me directly.

Sincerely,
**Ron Riccitelli**
Loan Officer
NMLS #: 144907
Email: ron.riccitelli@myccmortgage.com
Phone: 440-845-3700
State License ID: 144907

CrossCountry Mortgage, LLC
100 South Main Stree Floor First
Bel Air, MD 21014
440-845-3700
Branch NMLS ID#: 2396760

CrossCountry Mortgage, LLC at its sole discretion, reserves the right to make all final credit related decisions. This letter is not a final approval of your application; this is not a commitment to lend. Please be aware, the above quoted terms are not locked and may be subject to market conditions. All closings require at least a 3-business day notice for scheduling.

All loans are contingent upon, and subject to, the availability of the loan product and program in the secondary market from the issuance of this Preapproval Letter through the closing and funding of the loan. Rates and points are subject to change at any time without prior notice before a rate lock is executed. Mortgage insurance is required for all FHA and VA loans as well as conventional loans where the loan to value is greater than 80%. Any change in the prevailing interest rates and points could affect this pre-approval. CrossCountry Mortgage, LLC reserves the right to revoke this pre-approval at any time if there is a change in your financial condition or credit history which would impair your ability to repay this obligation and/or if any information contained you provide is untrue, incomplete or incorrect. CrossCountry Mortgage, LLC NMLS ID# 3029 For additional licensing details, please visit www.nmlsconsumeraccess.org.

---

Long & Foster Real Estate, Inc.
Seller's Estimated Net Sheet courtesy of: Bill Schilling

Office: 4108790900
Mobile: 4106520346
bill.schilling@longandfoster.com

## Seller's Estimated Net Sheet

| | | | |
|---|---|---|---|
| Seller: | Gary and Laura Motteler | First Mortgage Payoff: | ($75,462.00) |
| Property: | 100 SPESUTIA RD | Total Payoff: | ($75,462.00) |
| Township / Borough: | Unincorporated | Sale Price: | $219,000.00 |
| County: | Harford County, MD | Gross Equity: | $143,538.00 |
| Settlement Date: | 2/21/2024 | | |

**CHARGES PAID BY SELLER**

| | |
|---|---|
| Transfer Tax (0.750%): | $1,642.50 |
| State Recordation Tax: | $722.70 |
| Brokerage Commission: (5% + $0.00): | $10,950.00 |
| Releases: | $150.00 |
| Notary: | $35.00 |
| Broker Fee: | $495.00 |
| Certifications: | $50.00 |
| Non-Resident Withholding Tax: | $11,483.00 |
| **Total Charges to Seller:** | **$25,528.20** |

**CREDITS TO SELLER**

| | |
|---|---|
| County Tax: | $481.71 |
| **Total Credits to Seller:** | **$481.71** |

**SETTLEMENT SUMMARY**

| | |
|---|---|
| Sale Price: | $219,000.00 |
| Mortgage Payoff: | ($75,462.00) |
| Charges to Seller: | ($25,528.20) |
| Credits to Seller: | $481.71 |
| **Net Proceeds to the Seller** | **$118,491.51** |

The above figures are estimated settlement costs only. These will be adjusted as of the date of final settlement, if necessary. I (we) acknowledge receipt of a copy of this information.

Seller: AKA _[signature]_        Seller: _Laura Motteler_
Date: 11-27-23                   Date: 11-27-23

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| GARY L. MOTTELER JR. | : | CASE NO. 1:22-bk-00707-HWV |
| aka GERALD L. MOTTELER | : | |
| aka GARY L. MOTTELER | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| GARY L. MOTTELER JR. | : | |
| aka GERALD L. MOTTELER | : | |
| aka GARY L. MOTTELER | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| JACK N. ZAHAROPOULOS, ESQUIRE | : | |
| LAURA E. MOTTELER | : | |
| PNC MORTGAGE | : | |
| HARTFORD COUNTY TAX CLAIM BUR.: | | |
| Respondents | : | |

### ABBOTTS DAIRIES AFFIDAVIT

Debtor's counsel, Gary J. Imblum, Esquire, inquired with the realtor, Jayme Webster, and was informed of the following:

1. Subject property has been listed for sale since October 2, 2023.

2. Initially, it was listed for sale at $239,000.00.

3. The price was never adjusted.

4. There were a total of 15 showings.

5. There were two (2) offers made on the property. The first offer was rejected since the offer stated the financing would be FHA 203K (renovation loan) and the property would have difficulty passing FHA inspection guidelines, the buyer was requesting $9,000.00 in seller's assistance, the offer was poorly prepared and the sellers were not comfortable with the offer.

6. There is no connection between the proposed buyers, its owners and/or investors, and the Debtor.

Respectfully submitted,

Date: 12/01/2023

Gary J. Imblum
Attorney Id. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

---

2. Payment of attorneys fees in the amount of $3,500.00, to be applied to Debtor's costs and Attorney fees, billed on an hourly basis, and approved by the Bankruptcy Court.

3. Payment of any and all other miscellaneous fees involved with the sale.

4. Payment of any liens and mortgages.

5. As long as same is a valid lien on subject real estate, payment in full of Hartford County Tax Claim Bureau real estate taxes, if any, or else the sale will not occur.

6. As long as same is a valid lien on subject real estate, payment in full of PNC Mortgage, or else the sale will not occur.

7. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to the Debtor up to the total amount of the exemption in subject real estate. The total exemption pursuant to Debtor's Schedules is $190,600.00 (100% of value at the time of filing the bankruptcy).

8. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee Jack N. Zaharopoulos in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtor's Plan, which is, in fact, paid at settlement.

9. If there are net proceeds remaining after paying all of the costs, fees and liens set forth in the preceding paragraphs, then payment of any and all attorney fees owed to Debtor's counsel for representation in the above matter and which have been previously approved by the Court.

10. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtor.

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
GARY L. MOTTELER JR. : CASE NO. 1:22-bk-00707-HWV
aka GERALD L. MOTTELER :
aka GARY L. MOTTELER :
    Debtors : CHAPTER 13
    :
GARY L. MOTTELER JR. :
aka GERALD L. MOTTELER :
aka GARY L. MOTTELER :
    Movants :
    :
    v. :
    :
JACK N. ZAHAROPOULOS, ESQUIRE :
LAURA E. MOTTELER :
PNC MORTGAGE :
HARTFORD COUNTY TAX CLAIM BUR.:
    Respondents :

**ORDER**

**Upon consideration** of Debtor's Motion to Sell Real Estate Free and Clear of Liens, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order, good reason appearing therefore, no objections appearing thereto, it is hereby declared that the Buyer (and/or its designee) is a good faith purchaser for purposes of Section 363(m) and (n) and for purposes of *In re Abbotts Dairies of Pennsylvania Inc.*, 788 F.2d 143 (3rd Cir. 1986);

**IT IS HEREBY ORDERED AND DECREED** that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 100 Spesutia Road, Aberdeen, Hartford County, Maryland, free and clear of liens, to Nerieth Alegria Pantoja for $219,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtor is liable.

---

**File a Motion/Application:**

1:22-bk-00707-HWV Gerald L Motteler, Jr
Type: bk            Chapter: 13 v        Office: 1 (Harrisburg)
Assets: y           Judge: HWV           Case Flag: CREDS, PlnCnfrmd

U.S. Bankruptcy Court
Middle District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from Gary J Imblum entered on 12/1/2023 at 8:05 AM EST and filed on 12/1/2023
Case Name:       Gerald L Motteler, Jr
Case Number:     1:22-bk-00707-HWV
Document Number: 59

**Docket Text:**
Motion for Sale of Property Free and Clear of Liens (100 Spesutia Road, Aberdeen, Hartford County, Maryland). Filing fee due in the amount of $199.00. Filed by Gary J Imblum of Imblum Law Offices, P.C. on behalf of Gerald L Motteler Jr. (Attachments: # (1) Exhibit A # (2) Affidavit # (3) Proposed Order) (Imblum, Gary)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\12-01-23 MOT-SELL REAL ESTATE - list wife as respondent - FILED.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009835235 [Date=12/1/2023] [FileNumber=17819688-0] [27064cde12a5ee57297a382dbd357168dd9739133d24de361d8bd0bdcc39726f53
ed6465d57b8e218f6a6460716ded15fae88022892f11d7b791d807b2afbdd1]]
**Document description:** Exhibit A
**Original filename:** C:\fakepath\11-30-23 Agreement of Sale - Exhibit A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009835235 [Date=12/1/2023] [FileNumber=17819688-1] [c92f9d75fa3be5a46db131adcf4491d0378f23589c943be041bff2c40cad317d4a
212b4ec5cf6558d4c460b91f2b6aa46004f5038cf85d23f1b641b317fc183b4]]
**Document description:** Affidavit
**Original filename:** C:\fakepath\12-01-23 MOT-SELL REAL ESTATE - list wife as respondent - ABBOTTS DAIRIES AFFIDAVIT.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009835235 [Date=12/1/2023] [FileNumber=17819688-2] [8841c048933d41440cf48c060124570003de76ddd8a677335ac286b1cbf68d246
7cdc210c9bb89253a1644381c0c5294dcb859f7fda91613a44269c5555d65a]]
**Document description:** Proposed Order
**Original filename:** C:\fakepath\12-01-23 MOT-SELL REAL ESTATE - list wife as respondent - ORDER.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1009835235 [Date=12/1/2023] [FileNumber=17819688-3] [969e8fcf518c085b6eb7b2774bc14e4710d22c607eb043a7c88bba614b9a5ddbc6
5c72c882db38e08ba8e80c1893c8c1bed131ba8a0388154434ff5d386d3680]]

**1:22-bk-00707-HWV Notice will be electronically mailed to:**

Gary J Imblum on behalf of Debtor 1 Gerald L Motteler, Jr
gary.imblum@imblumlaw.com,
gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.c

Brian C Nicholas on behalf of Creditor PNC BANK, NA
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Alyk L Oflazian on behalf of Creditor PNC BANK, NA
amps@manleydeas.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Jack N Zaharopoulos
TWecf@pamd13trustee.com

**1:22-bk-00707-HWV Notice will not be electronically mailed to:**

---

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CERTIFIED 9589071052701473111641<br>LAURA MOTTELER<br>394 BROAD STREET EXT<br>DELTA PA 17314 | CERTIFIED 9589071052701473111658<br>PNC BANK, NATIONAL ASSOCIATION<br>ATTN: BANKRUPTCY DEPT.<br>3232 NEWMARK DRIVE<br>MIAMISBURG OH 45342 | CERTIFIED 9589071052701473111665<br>BRIAN C. NICHOLAS, ESQUIRE<br>KML LAW GROUP, PC<br>701 MARKET ST, SUITE 5000<br>PHILADELPHIA PA 19106 |
| CERTIFIED 9589071052701473111672<br>ALYK L. OFLAZIAN, ESQUIRE<br>MANLEY DEAS & KOCHALSKI, LLC<br>1555 LAKESHORE DRIVE<br>COLUMBUS MD 43204 | CERTIFIED 9589071052701473111689<br>HARTFORD COUNTY TAX CLAIM BUREAU<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT, OR ANY<br>OTHER AGENT AUTHORIZED BY APPT., OR BY LAW, TO RECEIVE SERVICE OF PROCESSATTN:<br>220 S. MAIN STREET<br>BEL AIR MD 21014 | PNC BANK, NATIONAL ASSOCIATION<br>ATTN: BANKRUPTCY DEPT.<br>3232 NEWMARK DRIVE<br>MIAMISBURG OH 45342 |
| LAURA MOTTELER<br>394 BROAD STREET EXT<br>DELTA PA 17314 | HARTFORD COUNTY TAX CLAIM BUREAU<br>ATTN: OFFICER, MANAGING OR GENERAL AGENT, OR ANY OTHER<br>AGENT AUTHORIZED BY APPT., OR BY LAW, TO RECEIVE SERVICE OF PROCESSATTN:<br>220 S. MAIN STREET<br>BEL AIR MD 21014 | BRIAN C. NICHOLAS, ESQUIRE<br>KML LAW GROUP, PC<br>701 MARKET ST, SUITE 5000<br>PHILADELPHIA PA 19106 |
| ALYK L. OFLAZIAN, ESQUIRE<br>MANLEY DEAS & KOCHALSKI, LLC<br>1555 LAKESHORE DRIVE<br>COLUMBUS MD 43204 | | |