# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **GERALD L. MOTTELER JR.** | : | **CASE NO. 1:22-00707-HWV** |
| aka GERALD L. MOTTELER | : | |
| aka GARY L. MOTTELER | : | |
| **Debtor** | : | |
| | : | **CHAPTER 13** |
| PNC BANK, NATIONAL ASSOCIATION: | | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **GERALD L. MOTTELER JR.** | : | |
| aka GERALD L. MOTTELER | : | |
| aka GARY L. MOTTELER | : | |
| **Respondent** | : | |

## DEBTOR'S RESPONSE TO MOTION OF PNC BANK, NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** comes Debtor, Gerald l. Motteler Jr., by and through his attorney, Gary J. Imblum, and respectfully responds as follows:

1.    Admitted.

2.    Admitted.

3.    Admitted.

4.    Admitted in part and denied in part. Debtor has no knowledge of the holder of the mortgage. Strict proof is demanded. (Debtor assumes that this matter relates to his property in Delta, PA and not to his Maryland property in which PNC also holds a mortgage.)

5.    Admitted.

6.    Admitted in part and denied in part. Allegations that Laura Motteler is liable on the mortgage loan is a conclusion of law to which no response is required. Strict proof is demanded.

7.     Admitted. Debtor is selling his property in Maryland. A Motion to approve the sale has been filed with the Court. Hearing on the Motion is scheduled for January 9, 2024. Settlement should occur in January 2024. Debtor expects to receive more than enough proceeds to pay the arrearage owed to PNC, pursuant to this Motion for Relief.

8.     Admitted in part and denied in part. See paragraph 7.

9.     At the time of the filing of the bankruptcy in April of 2022 the real estate was worth $231,486.00 in accordance with the market analysis attached to the Schedules. The amount owed on the mortgage as of the time of the filing of the bankruptcy was $147,322.52 in accordance with the PNC Proof of Claim. Accordingly, there is a significant equity cushion providing adequate protection to Movant.

10.     Admitted in part and denied in part. Any fees and costs owed should be resolved as part of the resolution of this Motion for Relief.

11.     Denied. See response to paragraph 10.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

DATED: ___12 / 10 / 23___

## CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing

DEBTOR'S RESPONSE TO MOTION OF PNC BANK, NATIONAL ASSOCIATION FOR

RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United

States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:


JACK N. ZAHAROPOULOS, ESQUIRE
CHAPTER 13 TRUSTEE
VIA E-SERVICE


MICHAEL P. FARRINGTON, ESQUIRE
KML LAW GROUP, P.C.
COUNSEL FOR MOVANT
VIA E-SERVICE


IMBLUM LAW OFFICE, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtor

DATED: 12/20/2023