# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558.8990

January 17, 2024

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Gary L. Motteler Jr., aka Gerald L. Motteler, aka Gary L. Motteler
Chapter 13 Bankruptcy Case No. 1:22-bk-00707-HWV

Dear Clerk:

Please issue a certified Order Approving Sale of Real Estate in the above matter. The Docket Number of the Order is 71.

Very truly yours,

IMBLUM LAW OFFICES, P.C.

/s/ Gary J. Imblum

Gary J. Imblum

GJI/cvs

F:\BANKRUPT\CLIENTS\YORK\MOTTELER Gary\Pleadings & Creditors\Sale of Maryland Real Estate\01-17-24 LTR-BK - request for Certified Order.ltr.wpd

Case 1:22-bk-00707-HWV    Doc 72    Filed 01/17/24    Entered 01/17/24 16:12:39    Desc
Main Document    Page 1 of 1