United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Gerald L Motteler, Jr<br>    Debtor | Case No. 22-00707-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Jan 17, 2024      Form ID: pdf010      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | HARTFORD COUNTY TAX CLAIM BUREAU, ATTN: OFFICER, MNGNG OR GENAGENT, OR ANY, OTHER AGENT AUTHORIZED BY APPT., OR BY, LAW, TO RECEIVE SERVICE OF PROCESSATTN:, 220 S. MAIN STREET BEL AIR MD 21014-3820 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5482272 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 17 2024 18:44:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5480684 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 17 2024 18:44:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5470149 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 17 2024 18:44:00 | PNC Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | |

| | |
|---|---|
| | on behalf of Creditor PNC BANK NA amps@manleydeas.com |
| Gary J Imblum | |
| | on behalf of Debtor 1 Gerald L Motteler Jr gary.imblum@imblumlaw.com, gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | |
| | on behalf of Creditor PNC BANK NA mfarrington@kmllawgroup.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| GARY L. MOTTELER JR. : | CASE NO. 1:22-bk-00707-HWV |
| aka GERALD L. MOTTELER : | |
| aka GARY L. MOTTELER : | |
|     Debtors : | CHAPTER 13 |
| : | |
| GARY L. MOTTELER JR. : | |
| aka GERALD L. MOTTELER : | |
| aka GARY L. MOTTELER : | |
|     Movants : | |
| : | |
|   v. : | |
| : | |
| JACK N. ZAHAROPOULOS, ESQUIRE : | |
| LAURA E. MOTTELER : | |
| PNC MORTGAGE : | |
| HARTFORD COUNTY TAX CLAIM BUR.: | |
|     Respondents : | |

**ORDER**

Upon consideration of Debtor's Motion to Sell Real Estate Free and Clear of Liens, Doc. 59, the Answer filed by PNC Bank, Doc. 63, and the hearing held on January 17, 2024, for the reasons stated on the record, the Court finds that the Buyer (and/or its designee) is a good faith purchaser for purposes of Section 363(m) and (n) and for purposes of *In re Abbotts Dairies of Pennsylvania Inc.*, 788 F.2d 143 (3rd Cir. 1986), and it is

**ORDERED** that Federal Bankruptcy Rule 6004(g) is not applicable, and the real property may be sold and purchased immediately upon entry of Order of Court approving same and that the sale of real estate at 100 Spesutia Road, Aberdeen, Hartford County, Maryland, free and clear of liens, to Nerieth Alegria Pantoja for $219,000.00 is approved and distribution of the proceeds as set forth below shall be permitted:

1. Payment of all closing costs for which Debtor is liable.

2. Payment of attorneys fees in the amount of $3,500.00, to be applied to Debtor's costs and Attorney fees, billed on an hourly basis, and approved by the Bankruptcy Court.

3. Payment of any and all other miscellaneous fees involved with the sale.

4. Payment of any liens and mortgages.

5. As long as same is a valid lien on subject real estate, payment in full of Hartford County Tax Claim Bureau real estate taxes, if any, or else the sale will not occur.

6. As long as same is a valid lien on subject real estate, payment in full of PNC Mortgage, or else the sale will not occur. Debtor's counsel and/or Debtor's closing agent shall obtain a current payoff quote from PNC Mortgage to ensure the full amount of PNC's mortgage lien is paid. Debtor's counsel and/or Debtor's closing agent shall contact PNC Mortgage the day of closing to ensure the payoff amount is valid and correct. PNC's mortgage lien shall be paid in full through the sale of the property. Any short sale must be approved by creditor in writing prior to the sale.

7. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to the Debtor and his wife, Laura Motteler, up to the total amount of the exemption in subject real estate. The total exemption pursuant to Debtor's Schedules is $190,600.00 (100% of value at the time of filing the bankruptcy).

8. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then payment to Trustee Jack N. Zaharopoulos in an amount up to the amount necessary to fully fund the Plan, less any amount otherwise payable to a secured creditor pursuant to Debtor's Plan, which is, in fact, paid at settlement.

9. If there are net proceeds remaining after paying all of the costs, fees and liens set forth in the preceding paragraphs, then payment of any and all attorney fees owed to Debtor's counsel for representation in the above matter and which have been previously approved by the Court.

10. If there are net proceeds remaining after paying all the costs, fees and liens set forth in the preceding paragraphs, then the remaining balance, if any, shall be distributed to the Debtor and his wife, Laura Motteler.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 17, 2024