**Fill in this information to identify the case:**

Debtor 1    Gerald L Motteler, Jr

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Middle District of Pennsylvania

Case number   22-00707      HWV

## Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PNC Bank, N.A.      **Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account:   0   8   3   6

**Date of payment change:**
Must be at least 21 days after date of this notice    11/1/2023

**New total payment:**    $ _____ 1509.84
Principal, interest, and escrow, if any

---

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No

   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   _____

   Current escrow payment: $ _____     New escrow payment:   $ _____

---

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

---

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No

   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.

   *(Court approval may be required before the payment change can take effect.)*

   Reason for change:   Daily Simple Interest Accrual for Billing Period

   Current mortgage payment: $ _____ 1345.63     New mortgage payment: $ ___ 1509.84

---

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/   Marika Dienes            Date   _10/6/2023_____
    Signature

Print:      Marika Dienes              Title   Bankruptcy Loan Analyst
          First Name      Middle Name      Last Name

Company    PNC Bank, N.A.

Address    PO Box 94982
        Number      Street

        Cleveland           OH     44101
        City             State     ZIP Code

Contact phone    855-245-3814          Email bankruptcy.administration.internal@pnc.com

Case 1:22-bk-00707-HWV    Doc    Filed 10/06/23    Entered 10/06/23 09:31:12    Desc
Main Document     Page 2 of 3

UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania (Harrisburg)

| IN RE: Gerald L Motteler, Jr | Case No. 22-00707 |
| | Judge    Henry W. Van Eck |
| | Chapter  13 |

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

   I, the undersigned, hereby certify that, on   10/6/2023, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: Gary J Imblum
Trustee: Jack N Zaharopoulos
Office of the United States Trustee

   Further, I certify that, on   10/6/2023 , a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

Gerald L Motteler, Jr

394 Broad Street Ext
Delta, PA 17314

By: /s/ Marika Dienes
Marika Dienes
PNC Bank, N.A.
PO Box 94982
Cleveland OH 44101
855-245-3814