| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Gerald L Motteler, Jr |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Middle District of Pennsylvania | |
| Case Number | 22-00707 |

## Official Form 410S1
## Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor**: PNC Bank, N.A.

**Court claim no.** (if known): 9

**Last four digits** of any number you use to identify the debtor's account: 0836

**Date of payment change:**
Must be at least 21 days after date of this notice         04/01/2024

**New total payment:**         $1440.06
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:_____

   Current escrow payment: $_____         New escrow payment: $_____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment based on an adjustment to the interest rate in the debtor's variable-rate note?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:_____

   Current interest rate:         New interest rate:
   Current principal and interest payment:         New principal and interest payment:

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: Daily Simple Interest Accrual for Billing Period

**Current mortgage payment:** $1373.57         **New mortgage payment:** $1440.06

Official Form 410S1         **Notice of Mortgage Payment Change**         page 1

| Debtor 1 | Gerald L Motteler, Jr | | | Case number (if known) 22-00707 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3: Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

*Check the appropriate box.*

☒ I am the creditor.

. ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ Lucy Miller                              Date   03/06/2024
     Signature

| | | | |
|---|---|---|---|
| Print: | Lucy Miller | Title: | Support Specialist |
| Company | PNC Bank, National Association | | |
| Address: | P.O. Box 94982 | | |
| | Number  Street | | |
| | Cleveland, OH 44101-0570 | | |
| | City  State  ZIP Code | | |

Contact Phone: 1-800-642-6323                              Email: bankruptcy@pnc.com

UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania (Harrisburg)

| | |
|---|---|
| IN RE: **Gerald L Motteler, Jr** | Case No. 22-00707<br>Judge Henry W. Van Eck<br>Chapter 13 |

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on 03/06/2024, a true and correct copy of the Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: Gary J Imblum
Trustee: Jack N Zaharopoulos
Office of the United States Trustee

Further, I certify that, on 03/06/2024, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the address shown below:

| | |
|---|---|
| Gerald L Motteler, Jr | 394 Broad Street Ext<br>Delta, PA 17314 |

By: /s/ Lucy Miller
Lucy Miller
PNC Bank, N.A.
P.O. Box 94982
Cleveland OH 44101
855-245-3814